UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

INTELLECTUAL VENTURES II LLC, §
INTELLECTUAL VENTURES I LLC §
§   NO:  MO:24-CV-00277-ADA
vs. §
§
SOUTHWEST AIRLINES CO.

## ORDER SETTING DISCOVERY DISPUTE HEARING [ZOOM]

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for DISCOVERY DISPUTE HEARING by Zoom on March 06, 2025 at 09:30 AM.

IT IS SO ORDERED this 26th day of February, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE