IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I, LLC** and **INTELLECTUAL VENTURES II LLC,** <br><br> *Plaintiffs*, <br><br> v. <br><br> **SOUTHWEST AIRLINES CO.,** <br><br> *Defendant.* | §§§§§§§§§§§ | Civil Action No. 7:24-cv-00277-ADA <br><br> JURY TRIAL DEMANDED |

**NOTICE REGARDING AGREED EXTENSION OF TIME FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Southwest Airlines Co. ("Southwest") hereby notifies the Court that the parties have agreed to a 7-day extension of Southwest's deadline to file a reply in support of its motion to dismiss from March 26, 2025 to **April 2, 2025**.

Dated: March 21, 2025

Respectfully submitted,

*/s/ S. Wallace Dunwoody*
Michael C. Wilson
Texas Bar No. 21704590
mwilson@munckwilson.com
S. Wallace Dunwoody
Texas Bar No. 24040838
wdunwoody@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
2000 McKinney Avenue, Suite 1900
Dallas, Texas 75201
(972) 628-3600
(972) 628-3616 fax

<div style="margin-left: 3in">

David G. Henry  
Texas Bar. No. 09479355  
dhenry@munckwilson.com  
**MUNCK WILSON MANDALA, LLP**  
510 Austin Avenue, Suite 3100  
Waco, Texas 76701  
(254) 362-2300  
(254) 362-2304 fax  

Tri T. Truong  
Texas Bar No. 24102969  
ttruong@munckwilson.com  
**MUNCK WILSON MANDALA, LLP**  
807 Las Cimas Parkway, Suite 300  
Austin, Texas 78756  
737-201-1600  
737-201-1601 fax  

*Attorneys for Southwest Airlines Co.*

</div>

## CERTIFICATE OF CONFERENCE

I, the undersigned counsel, hereby certify that, on March 20, 2025, I conferred with Jeceaca An, counsel for Plaintiffs, via electronic mail regarding the relief requested herein. Plaintiffs' counsel indicated that Plaintiffs are unopposed to requested extension.

<div style="margin-left: 3in">

*/s/ S. Wallace Dunwoody*  
S. Wallace Dunwoody

</div>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 21, 2025 the foregoing document has been served on all counsel of record via the Court's CM/ECF system.

<div style="margin-left: 3in">

*/s/ S. Wallace Dunwoody*  
S. Wallace Dunwoody

</div>

7025585