# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> SOUTHWEST AIRLINES CO., <br><br> *Defendant.* | Civil Action No. 7:24-cv-00277-ADA <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO AMEND SCHEDULING ORDER

TO THE HONORABLE COURT:

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs" or "IV") and Defendant Southwest Airlines Co. ("Defendant" or "Southwest") (collectively, the "Parties"), jointly submit this Joint Motion to Amend Scheduling Order. The Parties agree on the case schedule attached as Exhibit A.

On May 20, 2025, counsel for Plaintiffs informed counsel for Southwest of Intellectual Ventures' intention to seek leave to amend their complaint to assert five (5) additional patents against Southwest. Southwest is unopposed to Intellectual Ventures' proposed amendments and Motion for Leave to File an Amended Complaint. Accordingly, the Parties jointly file this Motion to Amend Scheduling Order.

By way of this Joint Motion, the Parties respectfully request that the Court enter the attached [Proposed] Amended Scheduling Order.

Dated: May 23, 2025                                        Respectfully submitted,

By: */s/ S. Wallace Dunwoody*
   Michael C. Wilson
   State Bar No. 21704590
   mwilson@munckwilson.com
   S. Wallace Dunwoody
   State Bar No. 24040838
   wdunwoody@munckwilson.com
   **Munck Wilson Mandala, LLP**
   2000 McKinney Avenue, Suite 1900
   Dallas, TX 75201
   (972) 628-3600
   (972) 628-3616 fax

   David G. Henry
   Texas Bar. No. 09479355
   dhenry@munckwilson.com
   **Munck Wilson Mandala, LLP**
   510 Austin Avenue, Suite 3100
   Waco, Texas 76701
   (254) 362-2300
   (254) 362-2304 fax

   Tri T. Truong
   Texas State Bar No. 24102969
   ttruong@munckwilson.com
   **Munck Wilson Mandala, LLP**
   807 Las Cimas Parkway, Suite 300
   Austin, Texas 78756
   737-201-1600
   737-201-1601 fax

   *Attorneys for Southwest Airlines Co.*

By: */s/ Jonathan K. Waldrop*
   Jonathan K. Waldrop (CA Bar No. 297903)
   (Admitted in this District)
   jwaldrop@kasowitz.com
   Darcy L. Jones (CA Bar No. 309474)
   (Admitted in this District)
   djones@kasowitz.com
   Marcus A. Barber (CA Bar No. 307361)
   (Admitted in this District)
   mbarber@kasowitz.com
   John W. Downing (CA Bar No. 252850)
   (Admitted in this District)
   jdowning@kasowitz.com
   Heather S. Kim (CA Bar No. 277686)
   (Admitted in this District)
   hkim@kasowitz.com
   ThucMinh Nguyen (CA Bar No. 304382)
   (Admitted in this District)
   tnguyen@kasowitz.com
   **KASOWITZ BENSON TORRES LLP**
   333 Twin Dolphin Drive, Suite 200
   Redwood Shores, California 94065
   Telephone: (650) 453-5170
   Facsimile: (650) 453-5171

   Mark D. Siegmund (TX Bar No. 24117055)
   msiegmund@cjsjlaw.com
   **Cherry Johnson Siegmund James PLLC**
   7901 Fish Pond Rd., 2nd Floor
   Waco, Texas 76710
   Telephone: 254-732-2242
   Facsimile: 866-627-3509

   *Attorneys for Intellectual Ventures I LLC and Intellectual Ventures II LLC*

## **CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Plaintiffs and Defendant conferred via electronic mail and telephone concerning the relief requested in this motion, and Plaintiffs and Defendant represent that they jointly request this relief.

/s/ *Jonathan K. Waldrop*
Jonathan K. Waldrop

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record, on this 23rd day of May 2025, via the Court's CM/ECF System.

/s/ *Jonathan K. Waldrop*
Jonathan K. Waldrop