# **<u>Exhibit 5</u>**

Petition for *Inter Partes* Review of
U.S. Patent No. 7,324,469 B2

UNITED STATES PATENT AND TRADEMARK OFFICE

—————————————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

—————————————

AMERICAN AIRLINES, INC., AND SOUTHWEST AIRLINES CO.,
Petitioners

v.

INTELLECTUAL VENTURES I LLC AND
INTELLECTUAL VENTURES II, LLC
Patent Owners

—————————————

U.S. Patent No. 7,324,469
Issue Date: January 29, 2008

Title: SATELLITE DISTRIBUTED HIGH SPEED INTERNET ACCESS

---

*Inter Partes* Review No. IPR2025-00782

---

**PETITION FOR *INTER PARTES* REVIEW
OF U.S. PATENT NO. 7,324,469 B2**

Petition for *Inter Partes* Review of
U.S. Patent No. 7,324,469 B2

## CERTIFICATE OF SERVICE

I hereby certify, pursuant to 37 C.F.R. Sections 42.6 and 42.106, that a complete copy of the attached **PETITION FOR *INTER PARTES* REVIEW OF U.S. PATENT NO. 7,324,469**, including all exhibits **(Nos.1001-1013)** and related documents, are being served by Federal Express on 30th day of April, 2025, the same day as the filing of the above-identified document in the United States Patent and Trademark Office/Patent Trial and Appeal Board, upon Patent Owner by serving the correspondence address of record with the USPTO as follows:

Foley & Lardner, LLP
150 East Gilman Street'
P.O. Box 1497
Madison, WI 53701-1497

A courtesy copy was also sent via electronic mail to the Patent Owner's litigation counsel listed below:

Jonathan K. Waldrop
jwaldrop@kasowitz.com
Darcy L. Jones
djones@kasowitz.com
Marcus A. Barber
mbarber@kasowitz.com
John W. Downing
jdowning@kasowitz.com
Heather S. Kim
hkim@kasowitz.com
ThucMinh Nguyen
tnguyen@kasowitz.com
Jonathan H. Hicks
Jhicks@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Dated: April 30, 2025                                    */s/ John B. Campbell*
                                                                  John B. Campbell

61

Petition for *Inter Partes* Review of
U.S. Patent No. 7,324,469 B2

Reg. No. 54,665
McKool Smith, P.C.
303 Colorado Street
Suite 2100
Austin, TX 78701
Tel: (512) 692-8700
Fax: (512) 692-8744