# **Exhibit 6**

Paper No. 1

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

AMERICAN AIRLINES, INC. AND SOUTHWEST AIRLINES CO.,

Petitioners

v.

INTELLECTUAL VENTURES I LLC,

Patent Owner.

_____

IPR2025-01055
U.S. Patent No. 8,027,326 B2

**PETITION FOR *INTER PARTES* REVIEW
OF U.S. PATENT NO. 8,027,326**

Petition for *Inter Partes Review* of
U.S. Patent No. 8,027,326 B2

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing PETITION FOR *INTER PARTES* REVIEW and all exhibits identified herein were served on May 24, 2025 at the following address of record for the subject patent:

| | |
|---|---|
| Foley & Lardner LLP<br>3000 K Street N.W. Suite 600<br>Washington, DC 20007-5109 | via FedEx Overnight |

*Courtesy Copy via electronic mail to Patent Owner's Litigation Counsel:*

Jonathan K. Waldrop
Kasowitz Benson Torres LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
jwaldrop@kasowitz.com
IntellectualVentures@kasowitz.com


Dated: May 24, 2025           /Keith D. Harden/
                              Keith D. Harden
                              Registration No. 74,472