**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,** | § § § | |
| **Plaintiffs,** | § § § | **Civil Action No. 7:24-cv-00277-ADA** |
| **v.** | § § | **JURY TRIAL DEMANDED** |
| **SOUTHWEST AIRLINES CO.,** | § § § | |
| **Defendant.** | § | |

**DEFENDANT SOUTHWEST AIRLINES CO.'S STATUS REPORT REGARDING ITS
MOTION TO TRANSFER VENUE**

## STATUS REPORT

Defendant Southwest Airlines Co. ("Southwest") hereby submits this status report pursuant to Section VI of the Court's Standing Order Governing Proceedings (OGP) 4.4—Patent Cases dated January 23, 2024.

On February 28, 2025, Southwest filed its Motion to Transfer Venue, seeking transfer of this matter to the Northern District of Texas under 28 U.S.C. § 1404(a). *See* Dkt#21. Thereafter, Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "IV") took venue-related discovery of Southwest.

On May 28, 2025, IV filed its Opposition to Defendant Southwest Airline Co.'s Motion to Transfer Venue. *See* Dkt#41.

On June 11, 2025, Southwest filed its Reply in Support of Its Motion to Transfer Venue. *See* Dkt#45.

Accordingly, Southwest's Motion to Transfer Venue has been fully briefed and is ready for resolution by the Court.

Date: June 13, 2025                          Respectfully submitted,

                                             /s/ S. Wallace Dunwoody
                                             Michael C. Wilson
                                             State Bar No. 21704590
                                             mwilson@munckwilson.com
                                             S. Wallace Dunwoody
                                             State Bar No. 24040838
                                             wdunwoody@munckwilson.com
                                             **Munck Wilson Mandala, LLP**
                                             2000 McKinney Avenue, Suite 1900
                                             Dallas, TX 75201
                                             (972) 628-3600
                                             (972) 628-3616 fax

                                             David G. Henry
                                             Texas Bar. No. 09479355
                                             dhenry@munckwilson.com
                                             **Munck Wilson Mandala, LLP**
                                             510 Austin Avenue, Suite 3100
                                             Waco, Texas 76701
                                             (254) 362-2300
                                             (254) 362-2304 fax

                                             Tri T. Truong
                                             Texas State Bar No. 24102969
                                             ttruong@munckwilson.com
                                             **Munck Wilson Mandala, LLP**
                                             807 Las Cimas Parkway, Suite 300
                                             Austin, Texas 78756
                                             737-201-1600
                                             737-201-1601 fax

                                             *Attorneys for Southwest Airlines Co.*

1

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 13, 2025, the foregoing document has been

served on all counsel of record via the Court's CM/ECF system.

/s/ *S. Wallace Dunwoody*
S. Wallace Dunwoody