## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I, LLC, <br> INTELLECTUAL VENTURES II LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> SOUTHWEST AIRLINES CO., <br><br> *Defendant.* | Civil Action No. 7:24-cv-00277-ADA <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SUPPLEMENTAL AUTHORITY
## REGARDING DEFENDANT'S PENDING MOTION TO SEVER
## AND STAY CLAIMS AGAINST IN-FLIGHT CONNECTIVITY SYSTEMS

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC, ("Plaintiff" or "IV") respectfully submits the Memorandum Opinion and Order in *Intellectual Ventures I LLC and Intellectual Ventures II, LLC v. American Airlines, Inc.,* No. 4:24-cv-980 (E.D. Tex. July 30, 2025, Dkt. 65), attached to this notice.

In that Memorandum Opinion and Order, the court denied Defendant American Airlines, Inc.'s Motion to Sever and Stay Claims Against Viasat's In-Flight Connectivity Systems relating to U.S. Patent Nos. 7,324,469 and 8,027,326.

Dated: July 31, 2025

RESPECTFULLY SUBMITTED,

By: */s/ Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)

(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
Jonathan H. Hicks (CA Bar No. 274634)
(Admitted in this District)
jhicks@kasowitz.com
**KASOWITZ LLP**
101 California Street, Suite 3950
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 358-4408

Paul G. Williams (GA Bar No. 764925)
(Admitted in this District)
pwilliams@kasowitz.com
**KASOWITZ LLP**
1230 Peachtree Street, N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6102
Facsimile: (404) 393-9752

Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@cjsjlaw.com
**Cherry Johnson Siegmund James PLLC**
7901 Fish Pond Rd., 2nd Floor
Waco, Texas 76710
Telephone: 254-732-2242
Facsimile: 866-627-3509

*Attorneys for Plaintiff*
*INTELLECTUAL VENTURES II LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served or delivered electronically to all counsel of record, on July 31st, 2025, via the Court's CM/ECF system.

>*/s/ Jonathan K. Waldrop*
>Jonathan K. Waldrop (CA Bar No. 297903)