UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, § § § § | | |
| Plaintiff, § | CIVIL NO. 7:24-CV-00277-ADA | |
| v. § | | |
| SOUTHWEST AIRLINES CO., § | | |
| Defendant. § | | |

### ORDER RESETTING HEARING

The the above entitled and numbered case is currently set for **MARKMAN HEARING** by Zoom on Monday, December 8, 2025.

**IT IS NOW ORDERED** that the **MARKMAN HEARING** is **RESCHEDULED** for **Tuesday, December 16, 2025, at 11:00 AM** on Zoom. The Zoom link will be sent via email.

**SIGNED** on October 9, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE