# U.S. District Court [LIVE]
# Western District of Texas (Midland)
# CIVIL DOCKET FOR CASE #: 7:24−cv−00277−ADA

| | |
|---|---|
| Intellectual Ventures I LLC et al v. Southwest Airlines Co. | Date Filed: 11/02/2024 |
| Assigned to: Judge Alan D Albright | Jury Demand: Both |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Intellectual Ventures I LLC**  represented by  **Darcy L. Jones**
Kasowitz LLP
101 California St
Suite 3950
San Francisco, CA 94111
415−421−6140
Fax: 415−358−4408
Email: djones@kasowitz.com
*TERMINATED: 10/10/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heather S. Kim**
Kasowitz LLP
101 California Street
Suite 3950
San Francisco, CA 94111
212−506−1700
Email: hkim@kasowitz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Downing**
Kasowitz LLP
101 California Street
Suite 3950
San Francisco, CA 94111
212−506−1700
Email: jdowning@kasowitz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan H. Hicks**
Kasowitz LLP
101 California St.
Suite 3950
San Francisco, CA 94111
415−421−6140
Fax: 415−358−4408
Email: jhicks@kasowitz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan K. Waldrop**
Kasowitz LLP
101 California St.
Suite 3950
San Francisco, CA 94111
415−421−6140
Fax: 415−358−4408
Email: jwaldrop@kasowitz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marcus A. Barber**
Kasowitz LLP
101 California Street
Suite 3950
San Francisco, CA 94111
650−453−5413
Email: mbarber@kasowitz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThucMinh Nguyen**
Kasowitz LLP
Accounting
101 California St.
Suite 3950
San Francisco, CA 94111
415−421−6140
Fax: 415−358−4408
Email: tnguyen@kasowitz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeceaca An**
Kasowitz LLP
1633 Broadway
New York, NY 10019
212−506−1700
Email: jan@kasowitz.com
*ATTORNEY TO BE NOTICED*

**Paul G. Williams**
Kasowitz LLP
1230 Peachtree Street, NE
Suite 2445
Atlanta, GA 30309
404−260−6102
Email: pwilliams@kasowitz.com
*ATTORNEY TO BE NOTICED*

**Mark D. Siegmund**
Cherry Johnson Siegmund James, PLLC
7901 Fish Pond Road
Ste 2nd Floor

Waco, TX 76710
254−732−2242
Fax: 866−627−3509
Email: msiegmund@cjsjlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Intellectual Ventures II LLC** | represented by | **Darcy L. Jones** |

(See above for address)
*TERMINATED: 10/10/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heather S. Kim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Downing**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan H. Hicks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan K. Waldrop**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marcus A. Barber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThucMinh Nguyen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeceaca An**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul G. Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark D. Siegmund**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Southwest Airlines Co.** | represented by | **Michael Craig Wilson** <br> Munck Wilson Mandala, LLP <br> Litigation <br> 2000 McKinney Avenue <br> Suite 1900 <br> Dallas, TX 75201 <br> 972−628−3600 <br> Fax: 972−628−3616 <br> Email: mwilson@munckwilson.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Samuel Wallace Dunwoody , IV** <br> Munck Wilson Mandala, LLP <br> Litigation <br> 2000 McKinney Avenue <br> Suite 1900 <br> Dallas, TX 75201 <br> 972−628−3600 <br> Fax: 972−628−3616 <br> Email: wdunwoody@munckwilson.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Tri Tan Truong** <br> Munck Wilson Mandala, LLP <br> 807 Las Cimas Parkway <br> Suite 300 <br> Austin, TX 78746 <br> 737−201−1636 <br> Fax: 737−201−1601 <br> Email: ttruong@munckwilson.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **David Greer Henry** <br> Munck Wilson Mandala, LLP <br> 2000 McKinney Avenue <br> Suite 1900 <br> Dallas, TX 75201 <br> 254−362−2300 <br> Fax: 972−628−3616 <br> Email: dhenry@munckwilson.com <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/02/2024 | Ï 1 | COMPLAINT *for Patent Infringement* ( Filing fee $ 405 receipt number ATXWDC−19420979), filed by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Attachments: # 1 Exhibit 1, # 2 |

| | | |
|---|---|---|
| | | Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Civil Cover Sheet)(Siegmund, Mark) (Entered: 11/02/2024) |
| 11/02/2024 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Attachments: # 1 Addendum to Patent Report)(Siegmund, Mark) (Entered: 11/02/2024) |
| 11/02/2024 | Ï 3 | RULE 7 DISCLOSURE STATEMENT filed by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Siegmund, Mark) (Entered: 11/02/2024) |
| 11/02/2024 | Ï 4 | REQUEST FOR ISSUANCE OF SUMMONS by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Siegmund, Mark) (Entered: 11/02/2024) |
| 11/04/2024 | Ï | Case assigned to Judge David Counts pursuant to the Order Assigning Business of the Court as it Relates to Patent Cases, filed 7/25/2022. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (kg) (Entered: 11/04/2024) |
| 11/04/2024 | Ï 5 | Summons Issued as to Southwest Airlines Co.. (kg) (Entered: 11/04/2024) |
| 11/05/2024 | Ï | **PLEASE ENSURE ALL FUTURE FILINGS INCLUDE MIDLAND/ODESSA DIVISION IN THE DOCUMENT HEADER. (jb3) (Entered: 11/05/2024)** |
| 11/12/2024 | Ï 6 | SUMMONS Returned Executed by Intellectual Ventures I LLC, Intellectual Ventures II LLC. Southwest Airlines Co. served on 11/5/2024, answer due 11/26/2024. (Siegmund, Mark) (Entered: 11/12/2024) |
| 11/20/2024 | Ï 7 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint, by Southwest Airlines Co.. (Attachments: # 1 Proposed Order)(Dunwoody, Samuel) (Entered: 11/20/2024) |
| 11/21/2024 | Ï | Text Order GRANTING 7 Defendant's Unopposed Motion for Extension of Time to Answer, Plead, or Otherwise Respond to Plaintiffs' Original Complaint. It is ORDERED that Defendant's deadline to answer, plead, or otherwise respond to Plaintiffs' original complaint is extended to January 10, 2025. It is so ORDERED. Entered by Judge David Counts. (This is a text−only entry generated by the court. There is no document associated with this entry.) (db) (Entered: 11/21/2024) |
| 11/21/2024 | Ï | Set/Reset Deadlines: Southwest Airlines Co. answer due **1/10/2025**. (kg) (Entered: 11/21/2024) |
| 12/02/2024 | Ï 8 | ORDER TO TRANSFER. Case reassigned to Judge Alan D Albright for all proceedings. Judge David Counts no longer assigned to case. Signed by Judge David Counts. (kg) (Entered: 12/03/2024) |
| 12/23/2024 | Ï 9 | Second MOTION for Extension of Time to File Answer re 1 Complaint, by Southwest Airlines Co.. (Attachments: # 1 Proposed Order)(Dunwoody, Samuel) (Entered: 12/23/2024) |
| 01/08/2025 | Ï 10 | NOTICE *Regarding Agreed Extension of Time for Defendant to Answer or Otherwise Respond to the Complaint* by Southwest Airlines Co. re 1 Complaint, (Dunwoody, Samuel) (Entered: 01/08/2025) |
| 01/27/2025 | Ï 11 | Motion to Dismiss for Failure to State a Claim by Southwest Airlines Co.. (Attachments: # 1 Exhibit Declaration of S. Wallace Dunwoody, # 2 Exhibit A)(Dunwoody, Samuel) (Entered: 01/27/2025) |
| 01/27/2025 | Ï 12 | RULE 7 DISCLOSURE STATEMENT filed by Southwest Airlines Co. identifying Other Affiliate The Vanguard Group, Other Affiliate Elliott Investment Management L.P., Other Affiliate Capital |

| | | |
|---|---|---|
| | | World Investors for Southwest Airlines Co.. (Dunwoody, Samuel) (Entered: 01/27/2025) |
| 01/28/2025 | | DEFICIENCY NOTICE: re 12 Disclosure Statement (Rule 7), 11 Motion to Dismiss for Failure to State a Claim. Case header does not read Midland/Odessa Division. (slt) (Entered: 01/28/2025) |
| 01/28/2025 | 13 | Motion to Dismiss for Failure to State a Claim by Southwest Airlines Co.. (Attachments: # 1 Exhibit Declaration of S. Wallace Dunwoody, # 2 Exhibit A)(Dunwoody, Samuel) (Entered: 01/28/2025) |
| 01/28/2025 | 14 | RULE 7 DISCLOSURE STATEMENT filed by Southwest Airlines Co. identifying Other Affiliate The Vanguard Group, Other Affiliate Elliott Investment Management L.P., Other Affiliate Capital World Investors for Southwest Airlines Co.. (Dunwoody, Samuel) (Entered: 01/28/2025) |
| 02/03/2025 | 15 | STATUS REPORT *Joint Case Readiness Status Report* by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Siegmund, Mark) (Entered: 02/03/2025) |
| 02/05/2025 | 16 | NOTICE *Joint Notice Regarding Extension of Time For Plaintiffs to File a Response to Defendant's Motion to Dismiss* by Intellectual Ventures I LLC, Intellectual Ventures II LLC (Siegmund, Mark) (Entered: 02/05/2025) |
| 02/12/2025 | 17 | MOTION to Sever , MOTION to Stay *Claims Against In−Flight Connectivity Systems Based on the Customer−Suit Exception* by Southwest Airlines Co.. (Attachments: # 1 Affidavit Declaration of Christopher Muhich, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Dunwoody, Samuel) (Main Document 17 replaced on 2/12/2025) (kg). (Attachment 1 replaced on 2/12/2025) (kg). (Entered: 02/12/2025) |
| 02/19/2025 | 18 | Response in Opposition to Motion, filed by Intellectual Ventures I LLC, Intellectual Ventures II LLC, re 17 MOTION to Sever MOTION to Stay *Claims Against In−Flight Connectivity Systems Based on the Customer−Suit Exception* filed by Defendant Southwest Airlines Co. (Attachments: # 1 Declaration of Jonathan K. Waldrop in Opposition to Defendants' Motion to Sever, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Waldrop, Jonathan) (Entered: 02/19/2025) |
| 02/26/2025 | 19 | ORDER SETTING DISCOVERY DISPUTE HEARING [ZOOM], (Discovery Hearing set for 3/6/2025 09:30 AM before Judge Alan D Albright). Signed by Judge Alan D Albright. (kg) (Entered: 02/26/2025) |
| 02/26/2025 | 20 | REPLY to Response to Motion, filed by Southwest Airlines Co., re 17 MOTION to Sever MOTION to Stay *Claims Against In−Flight Connectivity Systems Based on the Customer−Suit Exception* filed by Defendant Southwest Airlines Co. (Attachments: # 1 Affidavit Declaration, # 2 Exhibit A, # 3 Exhibit B)(Dunwoody, Samuel) (Entered: 02/26/2025) |
| 02/28/2025 | 21 | MOTION to Transfer Case *to NDTX under 1404(a)* by Southwest Airlines Co.. (Attachments: # 1 Exhibit A − Declaration of Shaun Tune)(Dunwoody, Samuel) (Entered: 02/28/2025) |
| 03/04/2025 | 22 | Joint MOTION for Entry of Scheduling Order Deadlines by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Waldrop, Jonathan) (Entered: 03/04/2025) |
| 03/06/2025 | 23 | Minute Entry for proceedings held before Judge Alan D Albright: Miscellaneous Hearing held on 3/6/2025 (Minute entry documents are not available electronically.). (Court Reporter Kristie Davis.)(slt) (Entered: 03/06/2025) |
| 03/06/2025 | 24 | ORDER GRANTING 22 Motion for Entry of Scheduling Order. Pretrial Conference set for 7/6/2026 before Judge Alan D Albright, Jury Selection/Trial set for 7/27/2026 before Judge Alan D Albright, Markman Hearing set for 7/29/2025 before Judge Alan D Albright, Amended Pleadings due by 11/18/2025, Fact Discovery due by 2/26/2026, Joinder of Parties due by 11/7/2025, Dispositive and Daubert Motions due by 5/14/2026. Signed by Judge Alan D Albright. (jb3) (Entered: 03/06/2025) |

| | | |
|---|---|---|
| 03/11/2025 | 25 | NOTICE *Joint Notice Regarding Second Extension of Time to File a Response to Defendant's Motion to Dismiss* by Intellectual Ventures I LLC, Intellectual Ventures II LLC re 13 Motion to Dismiss for Failure to State a Claim (Siegmund, Mark) (Entered: 03/11/2025) |
| 03/11/2025 | 26 | NOTICE *of Intent to Proceed with Venue Discovery* by Intellectual Ventures I LLC, Intellectual Ventures II LLC (Siegmund, Mark) (Entered: 03/11/2025) |
| 03/19/2025 | 27 | NOTICE of Attorney Appearance by Jonathan H. Hicks on behalf of Intellectual Ventures I LLC, Intellectual Ventures II LLC (Hicks, Jonathan) (Entered: 03/19/2025) |
| 03/19/2025 | 28 | Response in Opposition to Motion, filed by Intellectual Ventures I LLC, Intellectual Ventures II LLC, re 13 Motion to Dismiss for Failure to State a Claim filed by Defendant Southwest Airlines Co., 11 Motion to Dismiss for Failure to State a Claim filed by Defendant Southwest Airlines Co. (Waldrop, Jonathan) (Entered: 03/19/2025) |
| 03/21/2025 | 29 | NOTICE *Regarding Agreed Extension of Time for Defendant to File a Reply in Support of Its Motion to Dismiss* by Southwest Airlines Co. re 13 Motion to Dismiss for Failure to State a Claim (Dunwoody, Samuel) (Entered: 03/21/2025) |
| 03/27/2025 | 30 | NOTICE of Attorney Appearance by Jeceaca An on behalf of Intellectual Ventures I LLC, Intellectual Ventures II LLC. Attorney Jeceaca An added to party Intellectual Ventures I LLC(pty:pla), Attorney Jeceaca An added to party Intellectual Ventures II LLC(pty:pla) (An, Jeceaca) (Entered: 03/27/2025) |
| 04/02/2025 | 31 | REPLY to Response to Motion, filed by Southwest Airlines Co., re 13 Motion to Dismiss for Failure to State a Claim filed by Defendant Southwest Airlines Co. (Dunwoody, Samuel) (Entered: 04/02/2025) |
| 04/30/2025 | 32 | NOTICE of Attorney Appearance by Paul G. Williams on behalf of Intellectual Ventures I LLC, Intellectual Ventures II LLC. Attorney Paul G. Williams added to party Intellectual Ventures I LLC(pty:pla), Attorney Paul G. Williams added to party Intellectual Ventures II LLC(pty:pla) (Williams, Paul) (Entered: 04/30/2025) |
| 05/05/2025 | 33 | NOTICE *of Extension of Deadline to Exchange Proposed Claim Constructions* by Southwest Airlines Co. (Dunwoody, Samuel) (Entered: 05/05/2025) |
| 05/13/2025 | 34 | NOTICE *of Extension of Deadline Regarding Disclosure of Extrinsic Evidence* by Intellectual Ventures I LLC, Intellectual Ventures II LLC (Waldrop, Jonathan) (Entered: 05/13/2025) |
| 05/20/2025 | 35 | Unopposed MOTION *for Leave to Increase the Number of Claim Terms*, Unopposed MOTION for Leave to Exceed Page Limitation *for Opening and Responsive Claim Construction Briefs* by Southwest Airlines Co.. (Attachments: # 1 Proposed Order)(Dunwoody, Samuel) (Entered: 05/20/2025) |
| 05/22/2025 | 36 | NOTICE *of Extension for Intellectual Ventures I, LLC And Intellectual Ventures II, LLC to File Its Response to Defendants Motion to Transfer* by Intellectual Ventures I LLC, Intellectual Ventures II LLC re 21 MOTION to Transfer Case *to NDTX under 1404(a)* (Waldrop, Jonathan) (Entered: 05/22/2025) |
| 05/23/2025 | 37 | Unopposed Sealed Motion for Leave to File Amended Complaint by Intellectual Ventures I LLC, Intellectual Ventures II LLC (Attachments: # 1 Exhibit A – Amended Complaint, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24) (Waldrop, Jonathan) (Entered: 05/23/2025) |
| 05/24/2025 | 38 | |

| | | |
|---|---|---|
| | | Joint MOTION to Amend/Correct *Scheduling Order* by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Attachments: # 1 Exhibit A)(Waldrop, Jonathan) (Entered: 05/24/2025) |
| 05/27/2025 | 39 | NOTICE *of Partial Opposition* by Southwest Airlines Co. re 37 Unopposed Sealed Motion for Leave to File Amended Complaint by Intellectual Ventures I LLC, Intellectual Ventures II LLC (Attachments: # 1 Exhibit A – Declaration of S. Wallace Dunwoody, # 2 Exhibit A–1, # 3 Exhibit A–2, # 4 Exhibit A–3, # 5 Exhibit A–4, # 6 Exhibit A–5, # 7 Exhibit A–6)(Dunwoody, Samuel) (Entered: 05/27/2025) |
| 05/28/2025 | 40 | TRANSCRIPT REQUEST by Intellectual Ventures I LLC, Intellectual Ventures II LLC for proceedings held on 3/6/2025. Proceedings Transcribed: Discovery Hearing. Court Reporter: Kristie Davis. (Siegmund, Mark) (Entered: 05/28/2025) |
| 05/28/2025 | 41 | Sealed Document: Plaintiff's Opposition to Defendant Southwest Airline CO's Motion to Transfer Venue of 21 MOTION to Transfer Case *to NDTX under 1404(a)* by Intellectual Ventures I LLC, Intellectual Ventures II LLC (Attachments: # 1 Declaration of Jonathan K. Waldrop in Support of Plaintiff's Opposition, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10) (Waldrop, Jonathan) (Entered: 05/28/2025) |
| 05/29/2025 | 42 | RESPONSE to Motion, filed by Intellectual Ventures I LLC, Intellectual Ventures II LLC, re 37 Unopposed Sealed Motion for Leave to File Amended Complaint by Intellectual Ventures I LLC, Intellectual Ventures II LLC filed by Plaintiff Intellectual Ventures II LLC, Plaintiff Intellectual Ventures I LLC *Response to Notice of Partial Opposition by Southwest Airlines Co* (Attachments: # 1 Declaration of John W. Downing, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18)(Waldrop, Jonathan) (Entered: 05/29/2025) |
| 06/02/2025 | 43 | Transcript filed of Proceedings held on 3–6–25, Proceedings Transcribed: Discovery Hearing. Court Reporter/Transcriber: Kristie Davis (kmdaviscsr@yahoo.com), Telephone number: 2546660904. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/23/2025, Redacted Transcript Deadline set for 7/3/2025, Release of Transcript Restriction set for 9/2/2025, (kd) (Entered: 06/02/2025) |
| 06/09/2025 | 44 | Joint MOTION for Leave to File Supplemental Opposition To Defendants Motion To Sever And Stay by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order)(Waldrop, Jonathan) (Entered: 06/09/2025) |
| 06/11/2025 | 45 | REPLY to Response to Motion, filed by Southwest Airlines Co., re 21 MOTION to Transfer Case *to NDTX under 1404(a)* filed by Defendant Southwest Airlines Co. (Dunwoody, Samuel) (Entered: 06/11/2025) |
| 06/12/2025 | 46 | Response in Opposition to Motion, filed by Intellectual Ventures I LLC, Intellectual Ventures II LLC, re 17 MOTION to Sever MOTION to Stay *Claims Against In–Flight Connectivity Systems Based on the Customer–Suit Exception* filed by Defendant Southwest Airlines Co. *Plaintiffs' Supplemental Brief in Support of it's Opposition to Defendant's Motion to Sever and Stay Claims* (Attachments: # 1 Declaration of Jonathan K. Waldrop in Support of Plaintiffs' Supplemental Brief, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6)(Waldrop, Jonathan) (Entered: 06/12/2025) |
| 06/13/2025 | 47 | STATUS REPORT *Regarding Motion to Transfer Venue* by Southwest Airlines Co.. (Dunwoody, Samuel) (Entered: 06/13/2025) |

| | | |
|---|---|---|
| 06/26/2025 | 48 | Sealed Document: Supplemental Brief in Support of 17 MOTION to Sever MOTION to Stay *Claims Against In−Flight Connectivity Systems Based on the Customer−Suit Exception* by Southwest Airlines Co. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5) (Dunwoody, Samuel) (Entered: 06/26/2025) |
| 06/26/2025 | 49 | SUPPLEMENTAL MEMORANDUM to 17 MOTION to Sever MOTION to Stay *Claims Against In−Flight Connectivity Systems Based on the Customer−Suit Exception* by Southwest Airlines Co.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Dunwoody, Samuel) (Entered: 06/26/2025) |
| 06/26/2025 | 50 | NOTICE *of Change of Firm Name* by Intellectual Ventures I LLC, Intellectual Ventures II LLC (Waldrop, Jonathan) (Entered: 06/26/2025) |
| 06/26/2025 | 51 | Joint MOTION for Confidentiality/Protective Order */Joint Motion for Entry of Agreed Protective Order* by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Attachments: # 1 Exhibit A − Agreed Protective Order)(Waldrop, Jonathan) (Entered: 06/26/2025) |
| 07/02/2025 |  | Text Order GRANTING 37 Unopposed Sealed Motion entered by Judge Alan D Albright. The Clerk of Court is directed to file under seal Plaintiff's Amended Complaint (ECF No. 37−1) and the accompanying exhibits. Plaintiff shall file a public version of the Amended Complaint on or before July 9, 2025. (This is a text−only entry generated by the court. There is no document associated with this entry.) (zelc) (Entered: 07/02/2025) |
| 07/02/2025 |  | Text Order GRANTING 44 Joint Motion for Leave to File entered by Judge Alan D Albright. ECF Nos. 46, 48, and 49 are accepted for filing. (This is a text−only entry generated by the court. There is no document associated with this entry.) (zelc) (Entered: 07/02/2025) |
| 07/02/2025 |  | Text Order DENYING WITHOUT PREJUDICE TO REFILING 35 Motion ; DENYING WITHOUT PREJUDICE TO REFILING 35 Motion for Leave to File Excess Pages entered by Judge Alan D Albright. In light of Plaintiffs' Amended Complaint adding asserted patents, the Court denies Defendant's request without prejudice to refiling after September 9, 2025. (This is a text−only entry generated by the court. There is no document associated with this entry.) (zelc) (Entered: 07/02/2025) |
| 07/02/2025 |  | Text Order GRANTING 9 Motion for Extension of Time to Answer entered by Judge Alan D Albright. ECF No. 11 is deemed timely filed. (This is a text−only entry generated by the court. There is no document associated with this entry.) (zelc) (Entered: 07/02/2025) |
| 07/02/2025 | 52 | Sealed Amended Complaint for Patent Infringement (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24) (jb3) (Entered: 07/02/2025) |
| 07/02/2025 | 53 | AGREED SCHEDULING ORDER. ORDER GRANTING 38 Motion to Amend/Correct. Signed by Judge Alan D Albright. (jb3) (Entered: 07/02/2025) |
| 07/02/2025 | 54 | AGREED PROTECTIVE ORDER. ORDER GRANTING 51 Motion for Protective Order. Signed by Judge Alan D Albright. (jb3) (Entered: 07/02/2025) |
| 07/09/2025 | 55 | Motion to Dismiss for Failure to State a Claim by Southwest Airlines Co.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Dunwoody, Samuel) (Entered: 07/09/2025) |
| 07/10/2025 | 56 | AMENDED COMPLAINT against Southwest Airlines Co. amending, filed by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # |

| | | |
|---|---|---|
| | | 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24)(Waldrop, Jonathan) (Entered: 07/10/2025) |
| 07/15/2025 | 57 | NOTICE by Southwest Airlines Co. re 17 MOTION to Sever MOTION to Stay *Claims Against In−Flight Connectivity Systems Based on the Customer−Suit Exception* (Attachments: # 1 Exhibit A)(Dunwoody, Samuel) (Entered: 07/15/2025) |
| 07/31/2025 | 58 | NOTICE *Of Supplemental Authority Regarding Defendants Pending Motion To Sever And Stay Claims Against In−Flight Connectivity Systems* by Intellectual Ventures I LLC, Intellectual Ventures II LLC (Waldrop, Jonathan) (Entered: 07/31/2025) |
| 08/01/2025 | 59 | RESPONSE to 58 Notice (Other) by Southwest Airlines Co.. (Dunwoody, Samuel) (Entered: 08/01/2025) |
| 08/11/2025 | 60 | Sealed Document: Plaintiff's Response to Defendant's Response to Plaintiff's Notice of Supplemental Authority of 59 Response by Intellectual Ventures I LLC, Intellectual Ventures II LLC (Attachments: # 1 Exhibit 1) (Waldrop, Jonathan) (Entered: 08/11/2025) |
| 08/13/2025 | 61 | MOTION for Leave to File Out of time Response *and for Extension of Time on Separate Deadline*. (Attachments: # 1 Declaration of John Downing in Support, # 2 Exhibit 1, # 3 Proposed Order)(Waldrop, Jonathan) (Entered: 08/13/2025) |
| 08/20/2025 | 62 | RESPONSE to Motion *for Leave to File Out of Time Response* (Dunwoody, Samuel) (Entered: 08/20/2025) |
| 08/27/2025 | 63 | REPLY to Response to Motion, filed by Intellectual Ventures I LLC, Intellectual Ventures II LLC, re 61 MOTION for Leave to File Out of time Response *and for Extension of Time on Separate Deadline* filed by Plaintiff Intellectual Ventures II LLC, Plaintiff Intellectual Ventures I LLC (Attachments: # 1 Declaration of Jonathan K Waldrop in Support of Plaintiffs' Reply, # 2 Exhibit A)(Waldrop, Jonathan) (Entered: 08/27/2025) |
| 09/02/2025 | 64 | Sealed Document: Second Amended Complaint For Patent Infringement by Intellectual Ventures I LLC, Intellectual Ventures II LLC (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24) (Waldrop, Jonathan) (Entered: 09/02/2025) |
| 09/03/2025 | 65 | Redacted Copy of 60 Sealed Document, by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Waldrop, Jonathan) (Entered: 09/03/2025) |
| 09/09/2025 | 66 | NOTICE *of Extension of Deadlines* by Southwest Airlines Co. (Dunwoody, Samuel) (Entered: 09/09/2025) |
| 09/10/2025 | 67 | Redacted Copy *of Second Amended Complaint for Patent Infringement* of 64 Sealed Document,, by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Waldrop, Jonathan) (Entered: 09/10/2025) |
| 09/16/2025 | 68 | Motion to Dismiss for Failure to State a Claim by Southwest Airlines Co.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Dunwoody, Samuel) (Entered: 09/16/2025) |
| 09/19/2025 | | Text Order MOOTING 13 Motion to Dismiss for Failure to State a Claim entered by Judge Alan D Albright. In light of Plaintiff's Second Amended Complaint (ECF No. 64), this motion to dismiss for failure to state a claim is now MOOT. (This is a text−only entry generated by the court. There is no document associated with this entry.) (ASlc) (Entered: 09/19/2025) |
| 09/19/2025 | | Text Order MOOTING 55 Motion to Dismiss for Failure to State a Claim entered by Judge Alan D Albright. In light of Plaintiff's Second Amended Complaint (ECF No. 64), this motion to dismiss |

| | | |
|---|---|---|
| | | for failure to state a claim is now MOOT. (This is a text−only entry generated by the court. There is no document associated with this entry.) (ASlc) (Entered: 09/19/2025) |
| 09/19/2025 | Ï | Text Order MOOTING 61 Motion for Leave to File entered by Judge Alan D Albright. In light of Plaintiff's Second Amended Complaint (ECF No. 64), Defendant's Motion to Dismiss (ECF No. 55) became moot. Plaintiff's Motion for an extension of time in which to respond to that motion is now likewise MOOT. (This is a text−only entry generated by the court. There is no document associated with this entry.) (ASlc) (Entered: 09/19/2025) |
| 09/24/2025 | Ï 69 | Unopposed MOTION for Extension of Time to File Response/Reply as to 68 Motion to Dismiss for Failure to State a Claim by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Attachments: # 1 Proposed Order)(Waldrop, Jonathan) (Entered: 09/24/2025) |
| 09/25/2025 | Ï | Text Order MOOTING 11 Motion to Dismiss for Failure to State a Claim entered by Judge Alan D Albright. In light of Plaintiff's Second Amended Complaint (Dkt. 64), this motion is now MOOT. (This is a text−only entry generated by the court. There is no document associated with this entry.) (ASlc) (Entered: 09/25/2025) |
| 09/25/2025 | Ï | Text Order GRANTING 69 Motion for Extension of Time to File Response/Reply entered by Judge Alan D Albright. Before the Court is Plaintiffs' unopposed motion for an extension of time to file a response and reply to Defendant's Motion to Dismiss, Dkt. 68. Noting that it is unopposed, the motion is GRANTED. (This is a text−only entry generated by the court. There is no document associated with this entry.) (ASlc) (Entered: 09/25/2025) |
| 10/08/2025 | Ï 70 | NOTICE of Voluntary Dismissal by Intellectual Ventures I LLC, Intellectual Ventures II LLC (Waldrop, Jonathan) (Entered: 10/08/2025) |
| 10/09/2025 | Ï 71 | ORDER Resetting Markman Hearing. Markman Hearing reset for 12/16/2025 11:00 AM via ZOOM before Judge Alan D Albright. Signed by Judge Alan D Albright. (kg) (Entered: 10/09/2025) |
| 10/09/2025 | Ï 72 | Unopposed MOTION to Withdraw as Attorney *of Record* by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Attachments: # 1 Proposed Order Granting Plaintiffs' Motion to Withdraw as Attorney of Record)(Waldrop, Jonathan) (Entered: 10/09/2025) |
| 10/10/2025 | Ï | Text Order GRANTING 72 Motion to Withdraw as Attorney entered by Judge Alan D Albright. Having considered the motion and noting no opposition, the Court is of the opinion that said motion should be GRANTED. IT IS THEREFORE ORDERED that Darcy L. Jones is permitted to withdraw as counsel of record for Plaintiff. IT IS FURTHER ORDERED that the Clerk is hereby directed to remove Darcy L. Jones as counsel of record in this case for purposes of receiving e−notices and other services in this action. (This is a text−only entry generated by the court. There is no document associated with this entry.) (ASlc) (Entered: 10/10/2025) |
| 10/13/2025 | Ï 73 | Unopposed MOTION *for Leave to Increase the Number of Claim Terms*, Unopposed MOTION for Leave to Exceed Page Limitation *for Opening and Responsive Claim Construction Briefs* by Southwest Airlines Co.. (Attachments: # 1 Proposed Order)(Dunwoody, Samuel) (Entered: 10/13/2025) |
| 10/14/2025 | Ï 74 | ORDER GRANTING 73 Motion for Leave to Increase the Number of Claim Terms; GRANTING 73 Pae Limits for Opening and Responsive Claim Construction Briefs. Signed by Judge Alan D Albright. (kg) (Entered: 10/14/2025) |
| 10/14/2025 | Ï 75 | Opening Claim Construction Brief by Southwest Airlines Co.. (Attachments: # 1 Exhibit A, # 2 Exhibit A−1, # 3 Exhibit A−2, # 4 Exhibit A−3, # 5 Exhibit A−4, # 6 Exhibit A−5, # 7 Exhibit A−6)(Dunwoody, Samuel) (Entered: 10/14/2025) |
| 10/14/2025 | Ï 76 | |

| | | |
|---|---|---|
| | | Opening Claim Construction Brief by Southwest Airlines Co.. (Attachments: # 1 Exhibit A, # 2 Exhibit A−1, # 3 Exhibit A−2, # 4 Exhibit A−3, # 5 Exhibit A−4, # 6 Exhibit A−5, # 7 Exhibit A−6, # 8 Exhibit A−7, # 9 Exhibit A−8, # 10 Exhibit A−9, # 11 Exhibit A−10)(Dunwoody, Samuel) (Entered: 10/14/2025) |
| 10/14/2025 | 77 | Response in Opposition to Motion, filed by Intellectual Ventures I LLC, Intellectual Ventures II LLC, re 68 Motion to Dismiss for Failure to State a Claim filed by Defendant Southwest Airlines Co. (Attachments: # 1 Declaration of Jonathan K. Waldrop, # 2 Exhibit 1, # 3 Exhibit 2)(Waldrop, Jonathan) (Entered: 10/14/2025) |
| 10/21/2025 | 78 | REPLY to Response to Motion, filed by Southwest Airlines Co., re 68 Motion to Dismiss for Failure to State a Claim filed by Defendant Southwest Airlines Co. (Dunwoody, Samuel) (Entered: 10/21/2025) |
| 10/23/2025 | 79 | Sealed Order. Signed by Judge Alan D Albright. (jb3) (Entered: 10/23/2025) |