IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I, LLC and INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>*Defendant.* | Civil Action No. 3:25-cv-02885-L-BN |

## NOTICE OF ATTORNEY APPEARANCE

Please take notice that the attorney listed below hereby enters his appearance as counsel for and on behalf of Defendant Southwest Airlines Co.

Counsel requests that, pursuant to the Federal Rules of Civil Procedure, he be copied on all communications, notices, filings, and service from the Court and other parties at the following address, email address, and telephone number:

**Lucas R. Dombroski**
ldombroski@munckwilson.com
MUNCK WILSON MANDALA, LLP
1900 Texas Capital Center
2000 McKinney Avenue
Dallas, Texas 75201
972-628-3600
972-628-3616 (facsimile)

1

|  |  |
|---|---|
| Dated: October 28, 2025 | Respectfully submitted, |
| | */s/ Lucas R. Dombroski*<br>Michael C. Wilson<br>Texas Bar No. 21704590<br>mwilson@munckwilson.com<br>S. Wallace Dunwoody<br>Texas Bar No. 24040838<br>wdunwoody@munckwilson.com<br>Lucas R. Dombroski<br>Texas Bar No. 24142846<br>ldombroski@munckwilson.com<br>**MUNCK WILSON MANDALA, LLP**<br>2000 McKinney Avenue, Suite 1900<br>Dallas, Texas 75201<br>(972) 628-3600<br>(972) 628-3616 fax<br><br>David G. Henry<br>Texas Bar. No. 09479355<br>dhenry@munckwilson.com<br>**MUNCK WILSON MANDALA, LLP**<br>510 Austin Avenue, Suite 3100<br>Waco, Texas 76701<br>(254) 362-2300<br>(254) 362-2304 fax<br><br>Tri T. Truong<br>Texas Bar No. 24102969<br>ttruong@munckwilson.com<br>**MUNCK WILSON MANDALA, LLP**<br>807 Las Cimas Parkway, Suite 300<br>Austin, Texas 78756<br>737-201-1600<br>737-201-1601 fax<br><br>*Attorneys for Southwest Airlines Co.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 28, 2025, the foregoing document has been served on all counsel of record via the Court's CM/ECF system.

*/s/ Lucas R. Dombroski*
Lucas R. Dombroski
