UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**SOUTHWEST AIRLINES CO.,**<br><br>*Defendant.* | Civil Action No. 3:25-cv-02885-L-BN<br><br>Consolidated with 3:25-cv-03097-L<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that William D. Ellerman of the law firm of CHERRY JOHNSON SIEGMUND James, PC hereby enters an appearance as additional counsel for Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC in the above captioned case.

All counsel are requested to send copies of future pleadings, orders, notices, and correspondence to William D. Ellerman at the law firm of CHERRY JOHNSON SIEGMUND JAMES, PC. Mr. Ellerman's contact information is provided below:

CHERRY JOHSON SIEGMUND JAMES, PC
8140 Walnut Hill Lane, Suite 106
Dallas, TX 75231
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
Email: wellerman@cjsjlaw.com

1

Respectfully submitted,

**CHERRY JOHNSON SIEGMUND JAMES, PC**
8140 Walnut Hill Lane, Suite 106
Dallas, TX 75231
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

BY:  /s/ *William D. Ellerman*
**WILLIAM D. ELLERMAN**
State Bar No. 24007151
Email:  wellerman@cjsjlaw.com

**ATTORNEY FOR PLAINTIFFS
INTELLECTUAL VENTURES I LLC and
INTELLECTUAL VENTURES II LLC**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via the Court's electronic filing system to all counsel of record on this the 11th day of December 2025.

/s/ *William D. Ellerman*
WILLIAM D. ELLERMAN

2