IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I LLC** and **INTELLECTUAL VENTURES II LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**SOUTHWEST AIRLINES CO.,**<br><br>Defendant. | § § § § § § § § § § § | Civil Action No. 3:25-cv-02885-L-BN<br><br>Consolidated with 3:25-cv-03097-L<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANT SOUTHWEST AIRLINES CO.'S
RULE 12(b)(6) MOTION TO DISMISS**

On this day, the Court considered Defendant Southwest Airlines Co.'s Rule 12(b)(6) Motion to Dismiss, the Brief in Support and any appendix filed therewith, any response and reply, and the record and applicable law. Having carefully considered the submissions and the pleadings, the Court finds the Motion well-taken and it is hereby GRANTED.

The Court concludes that U.S. Patent Nos. 8,332,844; 7,721,282; 7,257,582; 8,407,722; and 7,712,080 are directed to patent-ineligible subject matter under 35 U.S.C. § 101, as they claim abstract ideas implemented with conventional computer and networking technology and fail to recite an inventive concept. Accordingly, Plaintiffs' claims corresponding to those patents are DISMISSED WITH PREJUDICE. The Court further concludes that Plaintiffs have not plausibly pleaded compliance with the patent marking statute, 35 U.S.C. § 287, and therefore any claim for pre-suit damages is DISMISSED. The Court also concludes that Plaintiffs have not plausibly identified any specific Southwest product or service that infringes the asserted patents, instead

2

relying on vague, conclusory references to third-party software and systems, which fails to provide the requisite notice under Rule 8; those claims are DISMISSED.

 IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss is GRANTED in its entirety.

 IT IS FURTHER ORDERED that Plaintiffs' Amended Complaint is DISMISSED WITH PREJUDICE.

 IT IS FURTHER ORDERED that Plaintiffs' claims for pre-suit damages are DISMISSED.

 SO ORDERED.

  SIGNED this ____ day of _____, 2026.

_____
SAM LINDSAY
UNITED STATES DISTRICT JUDGE