IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>Defendant. | Civil Action No. 3:25-cv-02885-L-BN<br><br>Consolidated with 3:25-cv-03097-L<br><br>JURY TRIAL DEMANDED |

**SOUTHWEST AIRLINES CO.'S UNOPPOSED REQUEST FOR**
**ORAL ARGUMENT ON MOTION TO SEVER AND STAY**

Pursuant to this Court's Standing Order on Requests for Hearings and Oral Arguments (Dkt. 83), Defendant Southwest Airlines Co. ("Southwest") respectfully requests that the Court set oral argument on Southwest's Motion to Sever and Stay Claims Against In-Flight Connectivity Systems Based on the Customer-Suit Exception ("Motion") (Dkt. 17). Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC are unopposed. Consistent with the Court's stated interest in providing substantive speaking opportunities to junior lawyers, Southwest represents that Lucas R. Dombroski, a junior attorney who contributed to the Motion, briefing, and associated discovery, will argue a portion of the Motion if Southwest's Request for Oral Argument is granted.

Southwest's Motion requests that the Court sever and stay Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC's ("Plaintiffs") claims of infringement of U.S. Patent Nos. 7,324,469 and 8,027,326 pending resolution of two declaratory judgment actions filed by the manufacturers of the accused in-flight connectivity systems—Viasat, Inc. and Anuvu Corp.—in the District of Delaware (the "Delaware Actions").

The Motion is fully briefed and ripe for the Court's consideration. *See* Dkt. 17 (Southwest's Motion to Sever and Stay Claims Against In-Flight Connectivity Systems Based on the Customer-Suit Exception); Dkt. 18 (Plaintiffs' Opposition to Defendant's Motion to Sever and Stay Claims Against In-Flight Connectivity Systems Based on the Customer-Suit Exception); Dkt. 20 (Southwest's Reply in Support of Motion to Sever and Stay Claims Against In-Flight Connectivity Systems); Dkt. 46 (Plaintiffs' Supplemental Brief in Support of its Opposition to Defendant's Motion to Sever and Stay Claims Against In-Flight Connectivity Systems Based on the Customer-Suit Exception); Dkt. 48 (Southwest's Supplement Brief in Support of its Motion to Sever and Stay); Dkt. 57 (Southwest's Notice Regarding Southwest's Motion to Sever and Stay Claims Against In-Flight Connectivity Systems); Dkt. 58 (Notice of Supplemental Authority Regarding Defendant's Pending Motion to Sever and Stay Claims Against In-Flight Connectivity Systems); Dkt. 59 (Southwest's Response to Plaintiffs' Notice of Supplemental Authority); Dkt. 60 (Plaintiffs' Response to Southwest's Response to Plaintiffs' Notice of Supplemental Authority).

Southwest believes oral argument would assist the Court in resolving this Motion, as the Motion involves the interplay between multiple pending actions across different jurisdictions. Oral argument would allow Southwest to address any questions the Court may have regarding the procedural posture of the Delaware Actions and their potential impact on this case.

For these reasons, Southwest respectfully requests that the Court schedule oral argument on its Motion.

| | |
|---|---|
| Date: January 19, 2026 | Respectfully submitted,<br><br>/s/ S. Wallace Dunwoody<br>Michael C. Wilson<br>State Bar No. 21704590<br>mwilson@munckwilson.com<br>S. Wallace Dunwoody<br>State Bar No. 24040838<br>wdunwoody@munckwilson.com<br>Lucas R. Dombroski<br>Texas Bar No. 24142846<br>ldombroski@munckwilson.com<br>**Munck Wilson Mandala, LLP**<br>2000 McKinney Avenue, Suite 1900<br>Dallas, TX 75201<br>(972) 628-3600<br>(972) 628-3616 fax<br><br>David G. Henry<br>Texas Bar. No. 09479355<br>dhenry@munckwilson.com<br>**Munck Wilson Mandala, LLP**<br>510 Austin Avenue, Suite 3100<br>Waco, Texas 76701<br>(254) 362-2300<br>(254) 362-2304 fax<br><br>Tri T. Truong<br>Texas State Bar No. 24102969<br>ttruong@munckwilson.com<br>**Munck Wilson Mandala, LLP**<br>807 Las Cimas Parkway, Suite 300<br>Austin, Texas 78756<br>737-201-1600<br>737-201-1601 fax<br><br>*Attorneys for Southwest Airlines Co.* |

3

**CERTIFICATE OF CONFERENCE**

I, the undersigned counsel, hereby certify that I conferred with counsel for Plaintiffs on January 16, 2026, regarding the relief requested herein. Plaintiffs are unopposed to the relief requested by this motion.

*/s/ S. Wallace Dunwoody*
S. Wallace Dunwoody

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 19, 2026, the foregoing document has been served on all counsel of record via the Court's CM/ECF system.

*/s/ S. Wallace Dunwoody*
S. Wallace Dunwoody