IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>Defendant. | Civil Action No. 3:25-cv-02885-L-BN<br><br>Consolidated with 3:25-cv-03097-L<br><br>JURY TRIAL DEMANDED |

**SOUTHWEST AIRLINES CO.'S UNOPPOSED REQUEST FOR
ORAL ARGUMENT ON MOTION TO DISMISS**

Pursuant to the Court's January 7, 2026 Order Setting Briefing Schedule (Dkt. 102), Defendant Southwest Airlines Co. ("Southwest") respectfully requests that the Court set oral argument on Southwest's Rule 12(b)(6) Motion to Dismiss (Dkt. 99) and Brief in Support (Dkt. 100) (collectively, "Motion"). Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC are unopposed. Consistent with the Court's stated interest in providing substantive speaking opportunities to junior attorneys, Southwest represents that two junior attorneys, Lucas R. Dombroski and Tri T. Truong, will argue portions of the Motion if oral argument is granted. Both Mr. Dombroski and Mr. Truong contributed significantly to the underlying motion and briefing.

Southwest's Motion raises three independent grounds for dismissal: (1) that five of the asserted patents are invalid under 35 U.S.C. § 101 because they claim abstract ideas implemented on generic hardware; (2) that Plaintiffs have failed to plausibly allege compliance with the marking statute, 35 U.S.C. § 287, precluding pre-suit damages; and (3) that the Complaint fails to identify any specific Southwest product or service alleged to infringe.

In addition to providing an opportunity for junior attorneys to practice oral advocacy, Southwest believes oral argument would assist the Court in resolving this Motion. The § 101 arguments involve technological concepts under the evolving framework established in *Alice Corp. Pty. v. CLS Bank Int'l*, 573 U.S. 208 (2014) that would benefit from oral presentation and the opportunity to address any questions the Court may have.

For these reasons, Southwest respectfully requests that the Court schedule oral argument on its Motion to Dismiss.

Date: January 19, 2026

Respectfully submitted,

*/s/ S. Wallace Dunwoody*
Michael C. Wilson
State Bar No. 21704590
mwilson@munckwilson.com
S. Wallace Dunwoody
State Bar No. 24040838
wdunwoody@munckwilson.com
Lucas R. Dombroski
Texas Bar No. 24142846
ldombroski@munckwilson.com
**Munck Wilson Mandala, LLP**
2000 McKinney Avenue, Suite 1900
Dallas, TX 75201
(972) 628-3600
(972) 628-3616 fax

David G. Henry
Texas Bar. No. 09479355
dhenry@munckwilson.com
**Munck Wilson Mandala, LLP**
510 Austin Avenue, Suite 3100
Waco, Texas 76701
(254) 362-2300
(254) 362-2304 fax

        Tri T. Truong
        Texas State Bar No. 24102969
        ttruong@munckwilson.com
        **Munck Wilson Mandala, LLP**
        807 Las Cimas Parkway, Suite 300
        Austin, Texas 78756
        737-201-1600
        737-201-1601 fax

*Attorneys for Southwest Airlines Co.*

## CERTIFICATE OF CONFERENCE

I, the undersigned counsel, hereby certify that I conferred with counsel for Plaintiffs on January 16, 2026, regarding the relief requested herein. Plaintiffs are unopposed to the relief requested by this motion.

        */s/ S. Wallace Dunwoody*
        S. Wallace Dunwoody

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 19, 2026, the foregoing document has been served on all counsel of record via the Court's CM/ECF system.

        */s/ S. Wallace Dunwoody*
        S. Wallace Dunwoody