IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | § § § § | |
| Plaintiffs, | § § | |
| V. | § § | No. 3:25-cv-2885-L-BN |
| SOUTHWEST AIRLINES CO., | § § § | |
| Defendant. | § § | |

## ORDER SETTING SUPPLEMENTAL BRIEFING SCHEDULE

On February 12, 2025, Defendant Southwest Airlines Co. filed a Motion to Sever and Stay Claims Against In-Flight Connectivity Systems Based on the Customer-Suit Exception. *See* Dkt. No. 17. Southwest asks the Court to sever the claims of Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Intellectual Ventures") regarding two of the patents and stay them while they are litigated in the District of Delaware. *See id.*

Intellectual Ventures responded to the motion. *See* Dkt. No. 18. And Southwest replied. *See* Dkt. No. 20.

Since the motion was filed, this lawsuit was transferred to this district and consolidated with another case. *See* Dkt. Nos. 25 & 88. And Southwest filed a Motion to Dismiss on January 5, 2026. *See* Dkt. No. 99.

Southwest has requested oral argument on both the Moton to Sever and Stay [Dkt. No. 17] and the Motion to Dismiss [Dkt. No. 99].

The Court now orders supplemental briefing on the Motion to Sever and Stay

[Dkt. No. 17].

Intellectual Ventures must file a written sur-reply by **January 27, 2026.** The sur-reply must be accompanied by or incorporate a brief, and the sur-reply and its brief must not together exceed 5 pages in length, excluding any table of contents and table of authorities.

Southwest must file a written sur-sur-reply brief, but no additional documents, by **February 3, 2026**. The sur-sur-reply must not exceed 5 pages in length. No supplemental pleadings, briefs, or evidence or other documents may be filed in connection with the motion or the response thereto without leave of court.

The Court will review the parties' supplemental briefing and determine whether oral argument on the Motion to Sever and Stay or the Motion to Dismiss, or both, will be necessary or appropriate. And, so, the Court reserves its ruling on the motions for oral argument [Dkt. Nos. 103 & 104] until all briefing is complete.

This Order does not alter or cancel the deadlines set forth in the Court's Order Setting Briefing Schedule [Dkt. No. 102] for Southwest's Motion to Dismiss [Dkt. No. 99].

SO ORDERED.

DATED: January 20, 2026

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE