IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and <br> INTELLECTUAL VENTURES II LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHWEST AIRLINES CO., <br><br> Defendant. | Civil Action No. 3:25-cv-02885-L-BN <br><br> Consolidated with 3:25-cv-03097-L <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

WHEREAS, Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs" or "IV") and Defendant Southwest Airlines Co. ("Defendant" or "Southwest"), respectfully and jointly move the Court for entry of the Agreed Protective Order, attached hereto as Exhibit A.

1

Dated: February 4, 2026

By: /s/ S. Wallace Dunwoody
    Michael C. Wilson
    State Bar No. 21704590
    mwilson@munckwilson.com
    S. Wallace Dunwoody
    State Bar No. 24040838
    wdunwoody@munckwilson.com
    **Munck Wilson Mandala, LLP**
    2000 McKinney Avenue
    Suite 1900
    Dallas, TX 75201
    (972) 628-3600
    (972) 628-3616 fax

    David G. Henry
    Texas Bar. No. 09479355
    dhenry@munckwilson.com
    **Munck Wilson Mandala, LLP**
    510 Austin Avenue
    Suite 3100
    Waco, Texas 76701
    (254) 362-2300
    (254) 362-2304 fax

    Tri T. Truong
    Texas State Bar No. 24102969
    ttruong@munckwilson.com
    **Munck Wilson Mandala, LLP**
    807 Las Cimas Parkway
    Suite 300
    Austin, Texas 78756
    737-201-1600
    737-201-1601 fax

    *Attorneys for*
    *Southwest Airlines Co.*

By: /s/ William D. Ellerman
    William D. Ellerman (TX Bar No. 24007151)
    wellerman@CJSJLAW.com
    **Cherry Johnson Siegmund James PC**
    8140 Walnut Hill Lane
    Suite 105
    Dallas, TX 75231
    Telephone: 254-732-2242
    Facsimile: 866-627-3509

    Mark D. Siegmund (TX Bar No. 24117055)
    msiegmund@cjsjlaw.com
    **Cherry Johnson Siegmund James PLLC**
    7901 Fish Pond Rd., 2nd Floor
    Waco, Texas 76710
    Telephone: 254-732-2242
    Facsimile: 866-627-3509

    Jonathan K. Waldrop (CA Bar No. 297903)
    (*Pro hac vice* forthcoming)
    jwaldrop@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (*Pro hac vice* forthcoming)
    mbarber@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (*Pro hac vice* forthcoming)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (Admitted *pro hac vice*)
    hkim@kasowitz.com
    ThucMinh Nguyen (CA Bar No. 304382)
    (*Pro hac vice* forthcoming)
    tnguyen@kasowitz.com
    Jonathan H. Hicks (CA Bar No. 274634)
    (Admitted *pro hac vice*)
    jhicks@kasowitz.com
    **KASOWITZ LLP**
    101 California Street, Suite 3950
    San Francisco, California 94111
    Telephone: (415) 421-6140
    Facsimile: (415) 358-4408

        Paul G. Williams (GA Bar No. 764925)
        (Admitted *pro hac vice*)
        pwilliams@kasowitz.com
        **KASOWITZ LLP**
        1230 Peachtree Street, N.E., Suite 2445
        Atlanta, Georgia 30309
        Telephone: (404) 260-6102
        Facsimile: (404) 393-9752

        *Attorneys for Plaintiffs*
        *INTELLECTUAL VENTURES I LLC and*
        *INTELLECTUAL VENTURES II LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 4th day of February 2026, via the Court's CM/ECF system.

        */s/ William D. Ellerman*
          William D. Ellerman