IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>Defendant. | Civil Action No. 3:25-cv-02885-L-BN<br><br>Consolidated with 3:25-cv-03097-L<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION FOR ENTRY OF ORDER REGARDING E-DISCOVERY**

WHEREAS, Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs" or "IV") and Defendant Southwest Airlines Co. ("Defendant" or "Southwest"), respectfully and jointly move the Court for entry of the Order Regarding E-Discovery, attached hereto as Exhibit A.

1

Dated: February 4, 2026

By: */s/ S. Wallace Dunwoody*
    Michael C. Wilson
    State Bar No. 21704590
    mwilson@munckwilson.com
    S. Wallace Dunwoody
    State Bar No. 24040838
    wdunwoody@munckwilson.com
    **Munck Wilson Mandala, LLP**
    2000 McKinney Avenue
    Suite 1900
    Dallas, TX 75201
    (972) 628-3600
    (972) 628-3616 fax

    David G. Henry
    Texas Bar. No. 09479355
    dhenry@munckwilson.com
    **Munck Wilson Mandala, LLP**
    510 Austin Avenue
    Suite 3100
    Waco, Texas 76701
    (254) 362-2300
    (254) 362-2304 fax

    Tri T. Truong
    Texas State Bar No. 24102969
    ttruong@munckwilson.com
    **Munck Wilson Mandala, LLP**
    807 Las Cimas Parkway
    Suite 300
    Austin, Texas 78756
    737-201-1600
    737-201-1601 fax

    *Attorneys for*
    *Southwest Airlines Co.*

By: */s/ William D. Ellerman*
    William D. Ellerman (TX Bar No. 24007151)
    wellerman@CJSJLAW.com
    **Cherry Johnson Siegmund James PC**
    8140 Walnut Hill Lane
    Suite 105
    Dallas, TX 75231
    Telephone: 254-732-2242
    Facsimile: 866-627-3509

    Mark D. Siegmund (TX Bar No. 24117055)
    msiegmund@cjsjlaw.com
    **Cherry Johnson Siegmund James PLLC**
    7901 Fish Pond Rd., 2nd Floor
    Waco, Texas 76710
    Telephone: 254-732-2242
    Facsimile: 866-627-3509

    Jonathan K. Waldrop (CA Bar No. 297903)
    (*Pro hac vice* forthcoming)
    jwaldrop@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (*Pro hac vice* forthcoming)
    mbarber@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (*Pro hac vice* forthcoming)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (Admitted *pro hac vice*)
    hkim@kasowitz.com
    ThucMinh Nguyen (CA Bar No. 304382)
    (*Pro hac vice* forthcoming)
    tnguyen@kasowitz.com
    Jonathan H. Hicks (CA Bar No. 274634)
    (Admitted *pro hac vice*)
    jhicks@kasowitz.com
    **KASOWITZ LLP**
    101 California Street, Suite 3950
    San Francisco, California 94111
    Telephone: (415) 421-6140
    Facsimile: (415) 358-4408

>Paul G. Williams (GA Bar No. 764925)
>(Admitted *pro hac vice*)
>pwilliams@kasowitz.com
>**KASOWITZ LLP**
>1230 Peachtree Street, N.E., Suite 2445
>Atlanta, Georgia 30309
>Telephone: (404) 260-6102
>Facsimile: (404) 393-9752
>
>*Attorneys for Plaintiffs*
>*INTELLECTUAL VENTURES I LLC and*
>*INTELLECTUAL VENTURES II LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 4th day of February 2026, via the Court's CM/ECF system.

>*/s/ William D. Ellerman*
>William D. Ellerman