IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>Defendant. | Civil Action No. 3:25-cv-02885-L-BN<br><br>Consolidated with 3:25-cv-03097-L<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO SET SCHEDULING CONFERENCE**

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Intellectual Ventures") and Defendant Southwest Airlines Co. ("Southwest") (together, the "Parties") respectfully move for the Court to set a scheduling conference and state as follows:

1.  This is a patent infringement action originally filed by Intellectual Ventures in the Western District of Texas. On October 23, 2025, the case was transferred to this Court. *See* Dkt. No. 79.

2.  The Court subsequently consolidated this action with the related case, *Intellectual Ventures II, LLC v. Southwest Airlines, Co.*, Civil Action No. 3:25-cv-3097-L. *See* Dkt. No. 88. In that Order, the Court directed Intellectual Ventures to file an amended complaint in the consolidated action and denied without prejudice Southwest's then-pending motion to dismiss.

3.  On January 5, 2026, Southwest filed its renewed Motion to Dismiss. *See* Dkt. No. 99. The Court thereafter set a briefing schedule for the Motion to Dismiss (Dkt. No. 102) and ordered supplemental briefing on Southwest's previously filed Motion to Sever and Stay (Dkt. No.

105). Southwest requested oral argument on both motions, and the Court has reserved its ruling on those requests until all briefing is complete. *See* Dkt. No. 105.

4. On January 27, Intellectual Ventures filed its Sur-Reply in Opposition to Southwest's Motion to Sever and Stay. *See* Dkt. No. 106. On February 3, 2026, Southwest filed its Sur-Sur Reply in Support of its Motion to Sever and Stay. *See* Dkt. No. 109. Briefing is now complete on Southwest's Motion to Sever and Stay.

5. On February 4, 2026, Intellectual Ventures filed its Opposition to Southwest's Rule 12(b)(6) Motion to Dismiss. *See* Dkt. No. 112. Southwest's reply in support of its Rule 12(b)(6) Motion to Dismiss is due by February 19, 2026. *See* Dkt. No. 102.

6. No scheduling order is currently in place for the consolidated action. The Court has not yet directed the Parties to submit a proposed scheduling order or joint status report, and no Rule 16 scheduling conference has been held since transfer and consolidation.

7. On January 16, 2026, the Parties held their Rule 26(f) conference, and conferred regarding a proposed case schedule. The Parties exchanged proposed case schedules but were unable to come to an agreement. Southwest believes that guidance from the Court regarding the timing of claim construction proceedings and trial would enable the Parties to efficiently structure the remaining case deadlines in a manner that aligns with the Court's calendar and expectations. Intellectual Ventures proposes entering a schedule consistent with the Court's Judge Specific Requirements (https://www.txnd.uscourts.gov/judge/district-judge-sam-lindsay) and Second Amended Miscellaneous Order No. 62 (https://static1.squarespace.com/static/58fbfecf725e25a3d1966494/t/5d9226715055285e68f5458a/1569859193066/Second-Amended-Miscellaneous-Order-No.-62.pdf).

8. The Parties respectfully request that the Court set a scheduling conference at the Court's earliest convenience. To promote efficiency, the Parties suggest that the scheduling conference could be held in conjunction with any oral argument the Court may schedule on Southwest's pending Motion to Sever and Stay (Dkt. No. 17) or Motion to Dismiss (Dkt. No. 99).

9. At the scheduling conference, Southwest would respectfully request the Court's input on the following matters: (1) the anticipated timing of a *Markman* hearing, (2) the Court's preferences for trial scheduling, and (3) any other guidance the Court may wish to provide to assist the Parties in proposing a case schedule.  With the benefit of this guidance, the Parties are confident they can promptly submit an agreed-upon scheduling order that efficiently manages the remaining proceedings in this case.

10. For the foregoing reasons, the Parties respectfully request that the Court set a scheduling conference.

Dated: February 18, 2026

By: */s/ S. Wallace Dunwoody*
Michael C. Wilson
State Bar No. 21704590
mwilson@munckwilson.com
S. Wallace Dunwoody
State Bar No. 24040838
wdunwoody@munckwilson.com
Lucas R. Dombroski
Texas Bar No. 24142846
ldombroski@munckwilson.com
**Munck Wilson Mandala, LLP**
2000 McKinney Avenue
Suite 1900
Dallas, TX 75201
(972) 628-3600
(972) 628-3616 fax

By: */s/ Heather S. Kim*
William D. Ellerman (TX Bar No. 24007151)
wellerman@CJSJLAW.com
**Cherry Johnson Siegmund James PLLC**
8140 Walnut Hill Lane
Suite 105
Dallas, TX 75231
Telephone: 254-732-2242
Facsimile: 866-627-3509

Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@cjsjlaw.com
**Cherry Johnson Siegmund James PLLC**
7901 Fish Pond Rd., 2nd Floor
Waco, Texas 76710
Telephone: 254-732-2242
Facsimile: 866-627-3509

| | |
|---|---|
| David G. Henry<br>Texas Bar. No. 09479355<br>dhenry@munckwilson.com<br>**Munck Wilson Mandala, LLP**<br>510 Austin Avenue<br>Suite 3100<br>Waco, Texas 76701<br>(254) 362-2300<br>(254) 362-2304 fax<br><br>Tri T. Truong<br>Texas State Bar No. 24102969<br>ttruong@munckwilson.com<br>**Munck Wilson Mandala, LLP**<br>807 Las Cimas Parkway<br>Suite 300<br>Austin, Texas 78756<br>737-201-1600<br>737-201-1601 fax<br><br>*Attorneys for*<br>*Southwest Airlines Co.* | Jonathan K. Waldrop (CA Bar No. 297903)<br>(Admitted *Pro hac vice*)<br>jwaldrop@kasowitz.com<br>Marcus A. Barber (CA Bar No. 307361)<br>(*Pro hac vice* forthcoming)<br>mbarber@kasowitz.com<br>John W. Downing (CA Bar No. 252850)<br>(*Pro hac vice* forthcoming)<br>jdowning@kasowitz.com<br>Heather S. Kim (CA Bar No. 277686)<br>(Admitted *pro hac vice*)<br>hkim@kasowitz.com<br>ThucMinh Nguyen (CA Bar No. 304382)<br>(*Pro hac vice* forthcoming)<br>tnguyen@kasowitz.com<br>Jonathan H. Hicks (CA Bar No. 274634)<br>(Admitted *pro hac vice*)<br>jhicks@kasowitz.com<br>**KASOWITZ LLP**<br>101 California Street, Suite 3950<br>San Francisco, California 94111<br>Telephone: (415) 421-6140<br>Facsimile: (415) 358-4408<br><br>Paul G. Williams (GA Bar No. 764925)<br>(Admitted *pro hac vice*)<br>pwilliams@kasowitz.com<br>**KASOWITZ LLP**<br>1230 Peachtree Street, N.E., Suite 2445<br>Atlanta, Georgia 30309<br>Telephone: (404) 260-6102<br>Facsimile: (404) 393-9752<br><br>*Attorneys for Plaintiffs*<br>*INTELLECTUAL VENTURES I LLC and*<br>*INTELLECTUAL VENTURES II LLC* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 18, 2026, the foregoing document has been served on all counsel of record via the Court's CM/ECF system.

*/s/ S. Wallace Dunwoody*
S. Wallace Dunwoody
