IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,** § § § | | |
| Plaintiffs, § | Civil Action No. 3:25-cv-02885-L-BN | |
| v. § | JURY TRIAL DEMANDED | |
| **SOUTHWEST AIRLINES CO.,** § § | | |
| Defendant. § | | |

**SOUTHWEST'S MOTION TO SEVER AND STAY
INTELLECTUAL VENTURES' CLAIMS REGARDING THE
'000 PATENT SYSTEMS BASED ON THE CUSTOMER-SUIT EXCEPTION**

Intellectual Ventures' Amended Complaint for Patent Infringement (Dkt. 97) asserts claims against Southwest Airlines Co. ("Southwest") for infringement of U.S. Patent No. 11,032,000 (the "'000 patent") that should be severed and stayed pending resolution of a related supplier action. For the reasons stated in Southwest's Brief in Support of its Motion to Sever and Stay filed concurrently herewith and incorporated by reference as if fully set forth herein, Southwest respectfully requests that the Court grant this Motion.

*First*, the customer-suit exception to the first-filed rule applies. Intellectual Ventures accuses Southwest of infringing the '000 patent based solely on Southwest's use of the AvioCast product, an Aircraft Interface Device designed, manufactured, and supplied exclusively by third-party AvioVision N.V. Southwest does not design, develop, manufacture, or modify AvioCast; it merely purchases and uses the product. AvioVision has filed a declaratory judgment action for non-infringement and invalidity of the '000 Patent in the District of Delaware, and Southwest agrees to be bound by the Delaware Court's infringement and validity findings.

*Second*, the traditional stay factors independently support the Motion. This case remains in its infancy: the operative complaint was filed just two months ago, the Court has set no discovery schedule or trial date, and Southwest's motion to dismiss remains pending.

For these reasons, the Court should sever and stay Intellectual Ventures' claims regarding the '000 Patent.

Date: March 6, 2026                                Respectfully submitted,

/s/ S. Wallace Dunwoody
Michael C. Wilson
State Bar No. 21704590
mwilson@munckwilson.com
S. Wallace Dunwoody
State Bar No. 24040838
wdunwoody@munckwilson.com
Lucas R. Dombroski
Texas Bar No. 24142846
ldombroski@munckwilson.com
**Munck Wilson Mandala, LLP**
2000 McKinney Avenue, Suite 1900
Dallas, TX 75201
(972) 628-3600
(972) 628-3616 fax

David G. Henry
Texas Bar. No. 09479355
dhenry@munckwilson.com
**Munck Wilson Mandala, LLP**
510 Austin Avenue, Suite 3100
Waco, Texas 76701
(254) 362-2300
(254) 362-2304 fax

Tri T. Truong
Texas State Bar No. 24102969
ttruong@munckwilson.com
**Munck Wilson Mandala, LLP**
807 Las Cimas Parkway, Suite 300
Austin, Texas 78756
737-201-1600
737-201-1601 fax

*Attorneys for Southwest Airlines Co.*

## CERTIFICATE OF CONFERENCE

I, the undersigned counsel, hereby certify that my co-counsel and I conferred with counsel for Plaintiffs via teleconference on February 24, 2026 and via email between February 25, 2026, and March 5, 2026, regarding the relief requested herein. Plaintiffs are opposed to the relief requested by this motion.

*/s/ S. Wallace Dunwoody*
S. Wallace Dunwoody

## CERTIFICATE OF SERVICE

On March 6, 2026, this document was filed and served on all counsel of record using the Court's CM/ECF system.

*/s/ S. Wallace Dunwoody*
S. Wallace Dunwoody