**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I, LLC and INTELLECTUAL VENTURES II LLC,** | § § § | |
| *Plaintiffs,* | § § | **Civil Action No. 3:25-CV-2885-L-BN** |
| **v.** | § § | |
| **SOUTHWEST AIRLINES CO.,** | § § | |
| *Defendant.* | § § | |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME FOR PLAINTIFFS
TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION TO STAY AND SEVER
CLAIMS REGARDING THE '000 PATENT SYSTEMS BASED ON
THE CUSTOMER -SUIT EXCEPTION**

Plaintiffs Intellectual Ventures I, LLC and Intellectual Ventures II, LLC ("Plaintiffs") submit this Unopposed Motion to Extend Time to respond to Defendant Southwest Airlines Co.'s ("Defendant") Motion to Sever and Stay IV's Claims Regarding the '000 Patent Systems Based on the Customer-Suit Exception ("Motion") (Dkt. 121) as follows:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Plaintiffs' Deadline to File Opposition to Defendant's Motion | March 27, 2026 | April 3, 2026 |

Plaintiffs' extension request does not change the date of any hearing, trial, or other Court date, and does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Dated: March 23, 2026                    RESPECTFULLY SUBMITTED,


By: */s/ Jonathan K. Waldrop*
    Jonathan K. Waldrop (CA Bar No. 297903)
    (Admitted *pro hac vice*)
    jwaldrop@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (*Pro hac vice* forthcoming)
    mbarber@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (*Pro hac vice* forthcoming)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (Admitted *pro hac vice*)
    hkim@kasowitz.com
    ThucMinh Nguyen (CA Bar No. 304382)
    (*Pro hac vice* forthcoming)
    tnguyen@kasowitz.com
    Jonathan H. Hicks (CA Bar No. 274634)
    (Admitted *pro hac vice*)
    jhicks@kasowitz.com
    **KASOWITZ LLP**
    101 California Street, Suite 3950
    San Francisco, California 94111
    Telephone: (415) 421-6140
    Facsimile: (415) 358-4408

    Jeceaca An (NY Bar No. 5849898)
    (*Pro hac vice* forthcoming)
    jan@kasowitz.com
    **KASOWITZ LLP**
    1633 Broadway
    New York, NY 10019
    Telephone: (212) 506-1700
    Facsimile: (212) 506-1800

    Paul G. Williams (GA Bar No. 764925)
    (Admitted *pro hac vice*)
    pwilliams@kasowitz.com
    **KASOWITZ LLP**
    1230 Peachtree Street, N.E., Suite 2445
    Atlanta, Georgia 30309
    Telephone: (404) 260-6102
    Facsimile: (404) 393-9752

2

William D. Ellerman (TX Bar No. 24007151)
wellerman@CJSJLAW.com
**Cherry Johnson Siegmund James PLLC**
8140 Walnut Hill Lane, Suite 105
Dallas, TX 75231
Telephone: 254-732-2242
Facsimile: 866-627-3509

Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND
JAMES PLLC**
7901 Fish Pond Rd., 2nd Floor
Waco, Texas 76710
Telephone: 254-732-2242
Facsimile: 866-627-3509

*Attorneys for Plaintiffs*
*INTELLECTUAL VENTURES I LLC*
*INTELLECTUAL VENTURES II LLC*

3

**CERTIFICATE OF CONFERENCE**

I, the undersigned counsel, hereby certify that, on March 19, 2026, counsel for Plaintiffs conferred with counsel for Defendant via e-mail regarding the relief requested herein. Defendant's counsel indicated that Defendant is unopposed to Plaintiffs' requested extension.

/s/ Jonathan K. Waldrop
Jonathan K. Waldrop

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 23rd day of March, 2026, via the Court's CM/ECF system.

/s/ Jonathan K. Waldrop
Jonathan K. Waldrop

4