## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> SOUTHWEST AIRLINES CO., <br><br> *Defendant.* | Civil Action No. 3:25-cv-02885-L-BN <br><br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF JONATHAN K. WALDROP IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO SOUTHWEST AIRLINES CO.'S MOTION TO SEVER AND STAY
INTELLECTUAL VENTURES' CLAIMS REGARDING THE '000 PATENT SYSTEMS
BASED ON THE CUSTOMER SUIT EXCEPTION**

I, Jonathan K. Waldrop, declare as follows:

1.      I am a Partner with the law firm of Kasowitz LLP.  I am one of the attorneys responsible for the representation of Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "IV" or "Plaintiffs") in this matter and make this declaration in support of Plaintiffs' Opposition to Southwest Airlines Co.'s ("Southwest" or "Defendant") Motion to Sever and Stay Intellectual Ventures' Regarding the '000 Patent Systems Based on the Customer-Suit Exception.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the AvioVision Complaint for Declaratory Judgment, ECF 1, *Aviovision N.V., v. Intellectual Ventures II LLC*, Civil Action No. 1:26-cv-00134-GBW (D. Del.  Feb. 4, 2026).

3.      Attached hereto as Exhibit 2 is a true and correct copy of an email chain between counsel for IV and counsel for Southwest, dated March 5, 2026.

2

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief, formed after reasonable inquiry under the circumstances.

Executed on the 3rd day of April, 2026, in San Francisco, California.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop