# EXHIBIT

# A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | § § § | |
| Plaintiffs, | § § | Civil Action No. 3:25-cv-02885-L-BN |
| v. | § § | Consolidated with 3:25-cv-03097-L |
| SOUTHWEST AIRLINES CO., | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

**PROPOSED SCHEDULING PLAN**

| Rule / Order | Event | Proposed Deadline |
|---|---|---|
| Fed. R. Civ. P. 26(a)(1) | Exchange Initial Disclosures | April 17, 2026 |
| | Deadline to Join Additional Parties Without Leave of Court | April 17, 2026 |
| | Deadline to File Amended Pleadings Without Leave of Court | April 17, 2026 |
| | Joint Settlement Status Report | April 17, 2026 |
| Misc. Order No. 62 § 3-1 | Disclosure of Asserted Claims and Preliminary Infringement Contentions | April 17, 2026 |
| Misc. Order No. 62 § 3-2 | Document Production Accompanying § 3-1 Disclosures | April 17, 2026 |
| Misc. Order No. 62 § 3-3(a) | Disclosure of Preliminary Invalidity Contentions | May 15, 2026 |
| Misc. Order No. 62 § 3-4 | Document Production Accompanying § 3-3(a) Disclosures | May 15, 2026 |
| Misc. Order No. 62 § 4-1(a) | Exchange of Proposed Terms and Claim Elements for Construction | May 29, 2026 |
| Misc. Order No. 62 § 4-2 | Exchange of Preliminary Claim Constructions and Extrinsic Evidence | June 12, 2026 |

1

| Rule / Order | Event | Proposed Deadline |
|---|---|---|
| Misc. Order No. 62 § 4-3 | Joint Claim Construction and Prehearing Statement | June 26, 2026 |
| Misc. Order No. 62 § 4-3(b) | Submission of Expert Declarations on Claim Construction | June 26, 2026 |
| Misc. Order No. 62 § 4-4 | Completion of Claim Construction Discovery | July 17, 2026 |
| Misc. Order No. 62 § 4-5(a) | Opening Claim Construction Briefs | August 7, 2026 |
| Misc. Order No. 62 § 4-5(b) | Responsive Claim Construction Briefs | August 21, 2026 |
| Misc. Order No. 62 § 4-5(c) | Reply Claim Construction Briefs | September 4, 2026 |
| Misc. Order No. 62 § 4-5(d) | Joint Claim Construction Chart | September 18, 2026 |
|  | Deadline to Amend Infringement Contentions (for good cause or based on Claim Construction Order) | 30 days after Claim Construction Order |
|  | Deadline to Amend Invalidity Contentions (for good cause or based on Claim Construction Order) | 60 days after Claim Construction Order |
|  | Completion of Fact Discovery | February 26, 2027 |
|  | Opening Expert Reports (Party with Burden of Proof) | April 9, 2027 |
|  | Joint Settlement Status Report (lead counsel to meet and confer in person or by telephone)[1] | April 23, 2027 |
|  | Responsive Expert Reports | May 21, 2027 |
|  | Rebuttal Expert Reports | June 25, 2027 |
|  | Completion of Expert Discovery | July 23, 2027 |

---

[1] https://www.txnd.uscourts.gov/judge/district-judge-sam-lindsay ("**Settlement Discussion**. Judge Lindsay requires parties to have good faith settlement discussions. Counsel (or the respective party if not represented by counsel) are directed to confer and file with the court not later than 90 days after the date of the scheduling order, a joint report setting forth the status of settlement negotiations and the specific efforts made by the parties to resolve the case. If no efforts have been made, the parties must state the reasons why no settlement efforts have occurred. Not later than 21 days prior to the scheduled trial date, the parties and their respective lead counsel must meet in person or by telephone conference to discuss settlement of this case. At the conclusion of this conference, counsel must *immediately* notify the court in writing of the participants' names and capacities, and the results of the settlement conference. Judge Lindsay encourages and implements ADR when appropriate.").

| Rule / Order | Event | Proposed Deadline |
|---|---|---|
| | Mediation Deadline | August 6, 2027 |
| | Dispositive Motions and *Daubert* Motions | August 27, 2027 |
| | Oppositions to Dispositive and *Daubert* Motions | September 24, 2027 |
| | Replies in Support of Dispositive and *Daubert* Motions | October 15, 2027 |
| | Pretrial Disclosures | TBD |
| | Objections to Pretrial Disclosures | TBD |
| | Settlement Conference | TBD |
| | Motions *in Limine*[2] | TBD |
| | Proposed Pretrial Order[3] and Oppositions to Motions *in Limine* | TBD |
| | Pretrial Conference[4] | TBD |
| | Jury Instructions and Proposed Voir Dire | TBD |
| | Jury Selection and Jury Trial | TBD (Target: February 2028) |

---

[2] *Id.* ("In Limine - Motions in limine shall be filed not later than twenty-one days prior to the scheduled trial date. Motions in limine must not be filed as a matter of course, and they must include neither "standard" nor "boilerplate" requests not tailored to a case-specific matter. They should also not contain issues presented in order to obtain substantive rulings that should have been requested in advance of trial by appropriate motion or matters that can be handled by making appropriate objections at trial. Motions in limine are heard at the pretrial conference.").

[3] *Id.* ("**Pretrial Order**. Judge Lindsay, with some modifications, follows the Local Rules and the Federal Rules of Civil Procedure regarding pretrial orders and materials. A pretrial order shall be presented to the Court not later than 21 days prior to the scheduled trial date. All counsel are jointly responsible for preparation of the entire pretrial order; however, Plaintiff's counsel is responsible for typing, collating, and otherwise preparing the final document for presentation to the court. Where the Plaintiff is proceeding *pro se* but the Defendant is represented by counsel, Defendant's counsel shall aid in and help ensure preparation of a formally sufficient pretrial order. Each attorney should retain a copy of the pretrial order submitted to the Court. The Clerk will not provide copies of the signed pretrial order. The joint pretrial order is to be submitted as a proposed order pursuant to procedures established in the CM/ECF manual, page 6 § F. A joint pretrial order filed without Judge Lindsay's signature will be unfiled by the clerk of court.").

[4] Not later than twenty-four (24) hours before the time scheduled for pretrial conference, the parties shall advise the Court, in writing, of what *limine* items remain in genuine dispute.

3