IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | §<br>§<br>§<br>§ | |
| Plaintiffs, | §<br>§ | No. 3:25-cv-2885-L-BN |
| V. | §<br>§ | |
| SOUTHWEST AIRLINES CO., | §<br>§ | |
| Defendant. | §<br>§ | |

**ORDER REQUIRING CONFERENCE AND STIPULATION UNDER
MISCELLANEOUS ORDER NO. 62**

On April 23, 2026, the Court entered its Third Amended Miscellaneous Order

No. 62. *See* Miscellaneous Order No. 62.

The Order states, in part:

This Order will take effect on June 1, 2026, and will apply to any Dallas division patent case filed on or after that date. It will also apply to any pending Dallas division patent case in which, on the date this Order takes effect, more than 9 days remain before the initial disclosure of asserted claims and preliminary infringement contentions required by paragraph 3-1 is due.

The parties to any other pending Dallas division patent case must meet and confer promptly after June 1, 2026, to determine whether any provision in this Order should be made applicable to that case. No later than 7 days after the parties meet and confer, the parties must file a stipulation setting forth a proposed order that relates to the application of this Order. Unless and until the presiding judge enters an order applying this Order, the rules of practice previously applicable to these other pending Dallas division patent cases will govern.

*Id.* at para. 1-3.

The parties' deadline in this case for disclosure of asserted claims and

preliminary infringement contentions was April 17, 2026. *See* Dkt. No. 131 at 2.

And, so, pursuant to the Order, Plaintiff Intellectual Ventures I LLC, Plaintiff Intellectual Ventures II LLC, and Defendant Southwest Airlines Co. must confer after June 1, 2026 and file a joint stipulation by **June 14, 2026** informing the Court whether any provisions of the Third Amended Miscellaneous Order No. 62 will apply to this case.

SO ORDERED.

DATED: April 28, 2026

_____

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE