**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> SOUTHWEST AIRLINES CO., <br><br> *Defendant.* | **Civil Action No. 3:25-CV-02885-L-BN (consolidated with 3:25-cv-03097-L)** <br><br><br> **JURY TRIAL DEMANDED** |

## JOINT STIPULATION

Pursuant to the Court's Order Requiring Conference and Stipulation Under Miscellaneous Order No. 62 (Dkt. 133), Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Plaintiffs") and Defendant Southwest Airlines Co. ("Defendant") (collectively with Plaintiffs, the "Parties") hereby stipulate as follows:

1.      WHEREAS, the Court's April 28, 2026 Order Requiring Conference and Stipulation Under Miscellaneous Order No. 62 ordered the Parties to "confer after June 1, 2026, and file a joint stipulation by June 14, 2026, informing the Court whether any provision of the Third Amended Miscellaneous Order No. 62 will apply to this case" (Dkt. 133) (emphasis omitted);

2.      WHEREAS, on June 2, 2026, Plaintiffs and Defendant met and conferred via teleconference and agreed that none of the provisions of the Third Amended Miscellaneous Order No. 62 will apply to this case; and

3.      WHEREAS, the Parties agreed to proceed under the Second Amended Miscellaneous Order No. 62.

IT IS HEREBY STIPULATED AND AGREED that none of the provisions of the Third

Amended Miscellaneous Order No. 62 will apply to this case.

IT IS SO STIPULATED.


Dated: June 6, 2026                                        RESPECTFULLY SUBMITTED,


By: */s/ S. Wallace Dunwoody*           By: */s/ Jonathan K. Waldrop*

| | |
|---|---|
| S. Wallace Dunwoody | Jonathan K. Waldrop (CA Bar No. 297903) |
| State Bar No. 24040838 | (Admitted *pro hac vice*) |
| wdunwoody@munckwilson.com | jwaldrop@kasowitz.com |
| Michael C. Wilson | Marcus A. Barber (CA Bar No. 307361) |
| State Bar No. 21704590 | (Admitted *pro hac vice*) |
| mwilson@munckwilson.com | mbarber@kasowitz.com |
| Lucas R. Dombroski | John W. Downing (CA Bar No. 252850) |
| Texas Bar No. 24142846 | (*Pro hac vice* forthcoming) |
| ldombroski@munckwilson.com | jdowning@kasowitz.com |
| **Munck Wilson Mandala, LLP** | Heather S. Kim (CA Bar No. 277686) |
| 2000 McKinney Avenue, Suite 1900 | (Admitted *pro hac vice*) |
| Dallas, TX 75201 | hkim@kasowitz.com |
| (972) 628-3636; (972) 628-3600 | ThucMinh Nguyen (CA Bar No. 304382) |
| (972) 628-3616 fax | (*Pro hac vice* forthcoming) |
| | tnguyen@kasowitz.com |
| David G. Henry | Jonathan H. Hicks (CA Bar No. 274634) |
| Texas Bar. No. 09479355 | (Admitted *pro hac vice*) |
| dhenry@munckwilson.com | jhicks@kasowitz.com |
| **Munck Wilson Mandala, LLP** | **KASOWITZ LLP** |
| 510 Austin Avenue, Suite 3100 | 101 California Street, Suite 3950 |
| Waco, Texas 76701 | San Francisco, California 94111 |
| (254) 362-2300 | Telephone: (415) 421-6140 |
| (254) 362-2304 fax | Facsimile: (415) 358-4408 |
| | |
| Tri T. Truong | Jeceaca An (NY Bar No. 5849898) |
| Texas State Bar No. 24102969 | (*Pro hac vice* forthcoming) |
| ttruong@munckwilson.com | jan@kasowitz.com |
| **Munck Wilson Mandala, LLP** | **KASOWITZ LLP** |
| 807 Las Cimas Parkway, Suite 300 | 1633 Broadway |
| Austin, Texas 78756 | New York, NY 10019 |
| 737-201-1600 | Telephone: (212) 506-1700 |
| 737-201-1601 fax | Facsimile: (212) 506-1800 |

*Attorneys for Defendant*
*SOUTHWEST AIRLINES CO.*

Paul G. Williams (GA Bar No. 764925)
(Admitted *pro hac vice*)
pwilliams@kasowitz.com
**KASOWITZ LLP**
1230 Peachtree Street, N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6102
Facsimile: (404) 393-9752

William D. Ellerman
(TX Bar No. 24007151)
wellerman@CJSJLAW.com
**CHERRY JOHNSON SIEGMUND
JAMES PLLC**
8140 Walnut Hill Lane, Suite 105
Dallas, TX 75231
Telephone: 254-732-2242
Facsimile: 866-627-3509

Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND
JAMES PLLC**
7901 Fish Pond Rd., 2nd Floor
Waco, Texas 76710
Telephone: 254-732-2242
Facsimile: 866-627-3509

*Attorneys for Plaintiffs*
*INTELLECTUAL VENTURES I LLC*
*INTELLECTUAL VENTURES II LLC*

3

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served or delivered electronically to all counsel of record, on June 8, 2026, via the Court's CM/ECF system.

/s/ Jonathan K. Waldrop
Jonathan K. Waldrop