**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I, LLC and** | § | |
| **INTELLECTUAL VENTURES II LLC,** | § | |
| | § | |
| *Plaintiffs*, | § | **Civil Action No. 3:25-CV-02885-L-BN** |
| | § | **(consolidated with 3:25-cv-03097-L)** |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **SOUTHWEST AIRLINES CO.,** | § | |
| | § | |
| *Defendant.* | § | |

## UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY OF RECORD

**TO THE HONORABLE COURT:**

Counsel for Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("IV" or "Plaintiffs") hereby moves to withdraw attorney Jonathan H. Hicks as counsel of record for Plaintiffs.

Attorneys with the law firm of Kasowitz LLP and Cherry Johnson Siegmund James PLLC will remain as counsel for Plaintiffs.

This withdrawal will not cause a continuance or delay and will not prejudice Defendant Southwest Airlines Co., or any other party to this action.

Defendant's counsel is not opposed to this motion. Accordingly, Plaintiffs requests the Court enter an order reflecting this withdrawal and that all necessary changes be made to the Court's records and ECF.

Dated: June 15, 2026

Respectfully submitted,

By: */s/ Jonathan K. Waldrop*

Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted pro hac vice)
jwaldrop@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted pro hac vice)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(*Pro hac vice forthcoming*)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted pro hac vice)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(*Pro hac vice forthcoming*)
tnguyen@kasowitz.com
**KASOWITZ LLP**
101 California Street, Suite 3950
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 358-4408

Jeceaca An (NY Bar No. 5849898)
(*Pro hac vice forthcoming*)
jan@kasowitz.com
**KASOWITZ LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Paul G. Williams (GA Bar No. 764925)
(Admitted *pro hac vice*)
pwilliams@kasowitz.com
**KASOWITZ LLP**
1230 Peachtree Street N.E., Suite 3750
Atlanta, Georgia 30309
Telephone: (404) 260-6102
Facsimile: (404) 393-9752

Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND
JAMES PLLC**

2

7901 Fish Pond Rd., 2nd Floor
Waco, Texas 76710
Telephone: 254-732-2242
Facsimile: 866-627-3509

William D. Ellerman
(TX Bar No. 24007151)
wellerman@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND
JAMES PLLC**
8140 Walnut Hill Lane, Suite 105
Dallas, TX 75231
Telephone: 254-732-2242
Facsimile: 866-627-3509

*Attorneys for Plaintiff*
*INTELLECTUAL   VENTURES  I  LLC*
*and INTELLECTUAL VENTURES II LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 12, 2026, Jonathan K. Waldrop, conferred with Defendant's counsel regarding Jonathan H. Hicks' withdrawal from the case.  Defendant is unopposed to this motion.

/s/ Jonathan K. Waldrop
Jonathan K. Waldrop

5

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 15th day of June, 2026, via the Court's CM/ECF System.

_/s/ Jonathan K. Waldrop_
Jonathan K. Waldrop