**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I, LLC and INTELLECTUAL VENTURES II LLC, | § § § | |
| *Plaintiffs*, | § § § | **Civil Action No. 3:25-cv-02885-L-BN** |
| v. | § § | |
| SOUTHWEST AIRLINES CO., | § § § | |
| *Defendant.* | § | |

**ORDER**

This Court, having considered Plaintiffs Intellectual Ventures I, LLC and Intellectual Ventures II, LLC's ("Plaintiffs") Unopposed Motion to Extend Time for the Parties to Exchange Preliminary Claim Constructions and Extrinsic Evidence, and submit their Joint Claim Construction and Prehearing Statement ("Motion") hereby GRANTS such Motion [Dkt. No. 141] in its entirety. It is ORDERED that the following amended deadlines shall apply:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Preliminary Claim Constructions and Extrinsic Evidence | June 19, 2026 | June 26, 2026 |
| Joint Claim Construction and Prehearing Statement | June 26, 2026 | July 2, 2026 |

Signed this 20th day of ___June___ , 2026.

_____
DAVID L. HORAN
UNITED STATE MAGISTRATE JUDGE

2