# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

|  |  |  |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | § § § | |
| Plaintiffs, | § § | Civil Action No. 3:25-cv-02885-L-BN |
| v. | § § | Consolidated with 3:25-cv-03097-L |
| SOUTHWEST AIRLINES CO., | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## JOINT CLAIM-CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to the Court's Scheduling Order (Dkt. 131), Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs" or "IV") and Defendant Southwest Airlines Co., ("Defendant" or "Southwest") (collectively, the "Parties") respectfully submit this Joint Claim-Construction and Prehearing Statement regarding the asserted claims of U.S. Patent Nos. 8,332,844 (the "'844 Patent"), 8,407,722 (the "'722 Patent"), 7,257,582 (the "'582 Patent"), 7,712,080 (the "'080 Patent"), 7,721,282 (the "'282 Patent"), and 11,032,000 (the "'000 Patent") (collectively, the "Asserted Patents").

## I.    AGREED CONSTRUCTIONS

The Parties do not agree on the construction of any disputed claim term. For each term identified for construction, IV contends that the term requires no construction and should be given its plain and ordinary meaning as understood by a person of ordinary skill in the art, while Southwest contends that the term should be construed as set forth in Section II below or, where indicated, is indefinite. The Parties will continue to meet and confer in an effort to narrow the disputed terms and will promptly notify the Court of any agreed constructions reached before the claim-construction hearing.

## II.    PROPOSED CONSTRUCTIONS FOR DISPUTED TERMS

### A.    The '844 Patent

| No. | Claim Term | Claim | Southwest's Proposed Construction | IV's Proposed Construction |
|---|---|---|---|---|
| 1 | "root image" | 7 | a base image of the application environment operating at the block level below the file system | Plain and ordinary meaning |
| 2 | "leaf images" / "said leaf images including only additional data blocks not previously contained in said root image and changes made | 7 | a node-specific image of the application environment operating at the block level below the file system | Plain and ordinary meaning |

1

| No. | Claim Term | Claim | Southwest's Proposed Construction | IV's Proposed Construction |
|---|---|---|---|---|
|  | by respective compute nodes to the blocks of the root image" |  |  |  |
| 3 | "merging the blocks of said root image with the blocks of respective leaf images to create cohesive respective application environments" | 11 | combining the root image and the leaf image at the block level below the file system | Plain and ordinary meaning |
| 4 | "caching blocks of said root image that have been accessed by at least one of said compute nodes in a cache memory" | 7 | caching blocks of the root image that have been accessed by at least one of said compute nodes in a cache memory at the block level below the file system | Plain and ordinary meaning |

**B.     The '722 Patent**

| No. | Claim Term | Claim | Southwest's Proposed Construction | IV's Proposed Construction |
|---|---|---|---|---|
| 1 | "respond to the live object of the data representation by determining an object identifier (ID) of the live object" | 14 | parse the data representation to identify an object identifier of the live object | Plain and ordinary meaning |
| 2 | "register for updates of the live object with the routing network" | 14 | communicate to the routing network a vector containing the identified object identifier | Plain and ordinary meaning |
| 3 | "input source" / "identify a category of the update message based on the input source" | 14 | identify a category of the update message based on the information provider or dynamic content provider but not on the category/topic of the message content | Plain and ordinary meaning |
| 4 | "input source" | 14 | information provider and/or dynamic content provider | Plain and ordinary meaning |
| 5 | "gateway device" | 14 | a component of the routing network situated between the input source and the node | Plain and ordinary meaning |

2

**C.    The '582 Patent**

| No. | Claim Term | Claim | Southwest's Proposed Construction | IV's Proposed Construction |
|---|---|---|---|---|
| 1 | "distributing descriptions of all of said partitions to each of a plurality of subtask processors" | 1 | providing each subtask processor with a control file specifying the logical partitions of the input file | Plain and ordinary meaning |
| 2 | "first-come/first-served basis" | 1 | a subtask processor independently selects the next available partition to process without coordination from any central controller or scheduler and without relying on load information | Plain and ordinary meaning |
| 3 | "description of all said partitions" | 1 | statements giving a characteristic(s) of all of the well-defined parts of the input file for use in distributing the load without a special load process, wherein such statements are distinct from the input file itself | Plain and ordinary meaning |

**D.    The '080 Patent**

| No. | Claim Term | Claim | Southwest's Proposed Construction | IV's Proposed Construction |
|---|---|---|---|---|
| 1 | "distributed sequential computing program" | 1, 7 | a program that executes sequentially across distributed memory by navigating to the processor that owns the needed memory and then resuming execution there | Plain and ordinary meaning |
| 2 | "wherein the at least one distributed shared variable is a single variable that includes several variables that may be physically distributed across multiple memories" | 1 | the DSV is logically a single variable whose members are physically distributed across the memories of multiple processors | Plain and ordinary meaning |
| 3 | "distributed parallel computing program" | 1, 4, 5, 6, 9, 17 | program that computes using multiple concurrent distributed sequential computing programs configured to operate across | Plain and ordinary meaning |

3

| | | | multiple processors/nodes and multiple memories | |
|---|---|---|---|---|
| 4 | "parallel processing and/or operations" | 1, 9 | handling multiple threads concurrently without terminating and resuming thread processes | Plain and ordinary meaning |

### E.    The '282 Patent

| No. | Claim Term | Claim | Southwest's Proposed Construction | IV's Proposed Construction |
|---|---|---|---|---|
| 1 | "union block device" | 1 | driver operating at the block level below the file system | Plain and ordinary meaning |
| 2 | "root image" | 1, 15 | a base image of the application environment operating at the block level below the file system | Plain and ordinary meaning |
| 3 | "leaf images" / "said leaf images including only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of the root image" | 1, 15 | a node-specific image of the application environment operating at the block level below the file system | Plain and ordinary meaning |
| 4 | "merging the blocks of the root image stored on the first storage unit with the blocks of the leaf image stored on the second storage unit" | 1, 15 | combining the root image and the leaf image at the block level using a mechanism beneath the file system | Plain and ordinary meaning |
| 5 | "appropriate persistent mapping" | 1, 15 | Indefinite; lack of objective boundaries | Plain and ordinary meaning; not indefinite |
| 6 | "low-level driver" | 1 | Driver that operates below the file system | Plain and ordinary meaning |
| 7 | "the modifying" | 15 | Indefinite; lack of antecedent basis | Plain and ordinary meaning; not indefinite |

| | 8 | "at an operational level" | 26 | Indefinite; lack of objective boundaries | Plain and ordinary meaning; not indefinite |
|---|---|---|---|---|---|

## F.    The '000 Patent

| No. | Claim Term | Claim | Southwest's Proposed Construction | IV's Proposed Construction |
|---|---|---|---|---|
| 1 | "time interval" | 1, 13 | timeslot | Plain and ordinary meaning |
| 2 | "different resources" | 1, 13 | Indefinite under *Nautilus, Inc. v. Biosig Instruments, Inc.*, 572 U.S. 898, 901 (2014) | Plain and ordinary meaning; not indefinite |
| 3 | "configured, in a time interval that it is not sending information over the physical uplink shared channel, to send the uplink physical signal based on the received resource allocation information" | 1 | Indefinite under *Nautilus, Inc. v. Biosig Instruments, Inc.*, 572 U.S. 898, 901 (2014); alternatively, must be construed to require the UE to transmit the uplink physical signal in a timeslot separate from those used for PUSCH | Plain and ordinary meaning; not indefinite |
| 4 | "in the same time interval that the uplink physical signal is sent, a plurality of UEs transmit uplink physical signals in the same time interval" | 1 | Indefinite under *IPXL Holdings, LLC v. Amazon.com, Inc.*, 430 F.3d 1377, 1384 (Fed. Cir. 2005) | Plain and ordinary meaning; not indefinite |

### III.    ANTICIPATED LENGTH OF TIME NECESSARY FOR HEARING

The Parties propose that the claim-construction hearing be allotted approximately four (4) hours, exclusive of any technology tutorial. Given the number of disputed terms across the six Asserted Patents and the several indefiniteness disputes, the Parties anticipate that the hearing will require substantial argument.

## IV.   WITNESSES

IV's Position: IV does not intend to call live witnesses at the claim-construction hearing but reserves the right to rely on expert testimony in the form of declarations filed with the Court. IV has identified Dr. Mahdi Eslamimehr as an expert who may provide testimony regarding the '844, '722, '582, '080, and '282 Patents, and Dr. Stan McClellan as an expert who may provide testimony regarding the '000 Patent.

Southwest's Position: Southwest does not intend to call any witnesses or rely on any declarations at the claim-construction hearing at this time. Southwest reserves the right to respond to any expert testimony or other evidence that IV may introduce.

## V.   OTHER ISSUES

The Parties identify the following additional issues that may appropriately be taken up at a prehearing conference:

1.      Whether the Court wishes the Parties to present a technology tutorial in advance of or at the claim-construction hearing.

2.      Whether the number of disputed claim terms should be limited or prioritized for construction, given that Southwest has identified approximately three dozen disputed terms across the six Asserted Patents.

Dated: July 2, 2026

By: */s/ S. Wallace Dunwoody*
Michael C. Wilson
State Bar No. 21704590
mwilson@munckwilson.com
S. Wallace Dunwoody
State Bar No. 24040838
wdunwoody@munckwilson.com
Lucas R. Dombroski
Texas Bar No. 24142846
ldombroski@munckwilson.com
**Munck Wilson Mandala, LLP**
2000 McKinney Avenue
Suite 1900
Dallas, TX 75201
(972) 628-3600
(972) 628-3616 fax

David G. Henry
Texas Bar. No. 09479355
dhenry@munckwilson.com
**Munck Wilson Mandala, LLP**
510 Austin Avenue
Suite 3100
Waco, Texas 76701
(254) 362-2300
(254) 362-2304 fax

Tri T. Truong
Texas State Bar No. 24102969
ttruong@munckwilson.com
**Munck Wilson Mandala, LLP**
807 Las Cimas Parkway
Suite 300
Austin, Texas 78756
737-201-1600
737-201-1601 fax

*Attorneys for*
*Southwest Airlines Co.*

By: */s/ Jonathan K. Waldrop*
William D. Ellerman (TX Bar No. 24007151)
wellerman@CJSJLAW.com
**Cherry Johnson Siegmund James PLLC**
8140 Walnut Hill Lane
Suite 105
Dallas, TX 75231
Telephone: 254-732-2242
Facsimile: 866-627-3509

Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@cjsjlaw.com
**Cherry Johnson Siegmund James PLLC**
7901 Fish Pond Rd., 2nd Floor
Waco, Texas 76710
Telephone: 254-732-2242
Facsimile: 866-627-3509

Jonathan K. Waldrop (CA Bar No. 297903)
jwaldrop@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
tnguyen@kasowitz.com
**KASOWITZ LLP**
101 California Street, Suite 3950
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 358-4408

Paul G. Williams (GA Bar No. 764925)
pwilliams@kasowitz.com
**KASOWITZ LLP**
1230 Peachtree Street, N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6102
Facsimile: (404) 393-9752

*Attorneys for Plaintiffs*

7

8

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 2, 2026, the foregoing document has been

served on all counsel of record via the Court's CM/ECF system.

*/s/ S. Wallace Dunwoody*
S. Wallace Dunwoody

8