IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I, LLC and** | § | |
| **INTELLECTUAL VENTURES II, LLC,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. **3:25-CV-2885-L-BN** |
| | § | |
| **SOUTHWEST AIRLINES CO.,** | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER</u>

On June 22, 2026, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") (Doc. 143) was entered, recommending *sua sponte* that the court appoint Daniel Denton as Special Master for this case pursuant to Federal Rule of Civil Procedure 53. Attached to the Report is the affidavit of Daniel Denton, which was submitted pursuant to Rule 53. No objections to the Report were filed within 14 days after issuance of the Report, and the deadline for filing objections has expired.

Having considered the Report, file, and record in this case, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **appoints** Daniel Denton to serve as Special Master in this case pursuant to Rule 53. Instead of restating the permissible extent of Mr. Denton's duties, communications, authority, and compensation as Special Master, the court **incorporates by reference**, as if repeated verbatim herein, the magistrate judge's recommendations and determines that such parameters **shall** govern the Special Master's participation and compensation in this action. *See* Report 3-7.

**Order – Page 1**

**It is so ordered** this 13th day of July, 2026.


_____
Sam A. Lindsay
United States District Judge