**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,** | § § § | |
| **Plaintiffs,** | § § | **Civil Action No. 3:25-cv-02885-L-BN** |
| **v.** | § § § | **Consolidated with 3:25-cv-03097-L** |
| **SOUTHWEST AIRLINES CO.,** | § § § | **JURY TRIAL DEMANDED** |
| **Defendant.** | § § | |

**AGREED MOTION FOR LEAVE TO INCREASE
CLAIM CONSTRUCTION BRIEFING PAGE LIMITS**

1.      Defendant Southwest Airlines Co. ("Southwest") and Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Plaintiffs") (together with Southwest, "the Parties") respectfully move, pursuant to Paragraph 4-5 of Miscellaneous Order No. 62 and Local Rule 7.2, for leave to increase the page limits for the Parties' respective opening and responsive claim construction briefs from 30 pages to 45 pages each, and Plaintiffs' reply claim construction brief from 15 pages to 22 pages.

2.      Under Paragraph 4-5 of Miscellaneous Order No. 62, absent leave of Court each party's opening claim construction brief and responsive claim construction brief may not exceed 30 pages, and each reply brief may not exceed 15 pages, excluding the table of contents and table of authorities. *See* Miscellaneous Order No. 62 (the "Order") at 23. The Order expressly authorizes the presiding judge, for good cause, to enlarge these limits. *Id.* at 23.

3.      Good cause supports a modest increase here. The Parties dispute the construction of claim terms across six asserted patents—U.S. Patent Nos. 8,332,844, 8,407,722, 7,257,582,

1

7,712,080, 7,721,282, and 11,032,000. The Parties do not agree on the construction of any disputed claim term. *See generally* Dkt. 144 (Joint Claim Construction and Prehearing Statement).

4.     The Parties have identified approximately three dozen disputed terms across the six asserted patents, and those disputes include several contentions that particular terms are indefinite. *See generally* Dkt. 144 (Joint Claim Construction and Prehearing Statement). The number of disputed terms and the technical complexity of the underlying technologies cannot be addressed adequately within the default 30-page and 15-page limits.

5.     The requested 45-page and 22-page limits are modest and proportional to the number of disputed terms; the 45-page limit would apply equally to the Parties' respective opening and responsive claim construction briefs, and the commensurate 22-page limit would apply to Plaintiffs' reply brief. The requested increases will not affect any deadline in the Court's Scheduling Order (Dkt. 131) or the setting of the claim construction hearing.

6.     Accordingly, the Parties respectfully request that the Court grant this Motion and enter the accompanying proposed order permitting Plaintiffs' opening claim construction brief and Southwest's responsive claim construction brief to be up to 45 pages in length, and Plaintiffs' reply claim construction brief to be up to 22 pages in length, excluding the table of contents and table of authorities.

Dated: July 27, 2026

By: */s/ S. Wallace Dunwoody*
Michael C. Wilson
State Bar No. 21704590
mwilson@munckwilson.com
S. Wallace Dunwoody
State Bar No. 24040838
wdunwoody@munckwilson.com
Lucas R. Dombroski
Texas Bar No. 24142846
ldombroski@munckwilson.com
**Munck Wilson Mandala, LLP**
2000 McKinney Avenue
Suite 1900
Dallas, TX 75201
(972) 628-3600
(972) 628-3616 fax

David G. Henry
Texas Bar. No. 09479355
dhenry@munckwilson.com
**Munck Wilson Mandala, LLP**
510 Austin Avenue
Suite 3100
Waco, Texas 76701
(254) 362-2300
(254) 362-2304 fax

Tri T. Truong
Texas State Bar No. 24102969
ttruong@munckwilson.com
**Munck Wilson Mandala, LLP**
807 Las Cimas Parkway
Suite 300
Austin, Texas 78756
737-201-1600
737-201-1601 fax

*Attorneys for*
*Southwest Airlines Co.*

By: */s/ Heather S. Kim*
William D. Ellerman (TX Bar No. 24007151)
wellerman@CJSJLAW.com
**Cherry Johnson Siegmund James PLLC**
8140 Walnut Hill Lane
Suite 105
Dallas, TX 75231
Telephone: 254-732-2242
Facsimile: 866-627-3509

Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@cjsjlaw.com
**Cherry Johnson Siegmund James PLLC**
7901 Fish Pond Rd., 2nd Floor
Waco, Texas 76710
Telephone: 254-732-2242
Facsimile: 866-627-3509

Jonathan K. Waldrop (CA Bar No. 297903)
jwaldrop@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
tnguyen@kasowitz.com
**KASOWITZ LLP**
101 California Street, Suite 3950
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 358-4408

Paul G. Williams (GA Bar No. 764925)
pwilliams@kasowitz.com
**KASOWITZ LLP**
1230 Peachtree Street, N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6102
Facsimile: (404) 393-9752

*Attorneys for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 27, 2026, the foregoing document has been

served on all counsel of record via the Court's CM/ECF system.

*/s/ S. Wallace Dunwoody*
S. Wallace Dunwoody


**CERTIFICATE OF CONFERENCE**

I, the undersigned counsel, hereby certify that I conferred with Heather S. Kim, counsel for

Plaintiffs, on July 22, 2026, regarding the relief requested herein. The motion is agreed.

*/s/ S. Wallace Dunwoody*
S. Wallace Dunwoody

4