**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,** | § § § | |
| **Plaintiffs,** | § § | **Civil Action No. 3:25-cv-02885-L-BN** |
| **v.** | § § § | **Consolidated with 3:25-cv-03097-L** |
| **SOUTHWEST AIRLINES CO.,** | § § § | **JURY TRIAL DEMANDED** |
| **Defendant.** | § § | |

**ORDER GRANTING AGREED MOTION FOR LEAVE
TO INCREASE CLAIM CONSTRUCTION BRIEFING PAGE LIMITS**

Before the Court is Defendant Southwest Airlines Co. ("Southwest") and Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC's (collectively, "Plaintiffs") Agreed Motion for Leave to Increase Claim Construction Briefing Page Limits (the "Motion"). Having considered the agreed Motion, the Court finds good cause to increase the claim construction briefing page limits. The Motion should be and hereby is **GRANTED**.

**IT IS THEREFORE ORDERED** that, notwithstanding the 30-page and 15-page limits set forth in Paragraph 4-5 of Miscellaneous Order No. 62, Plaintiffs' opening claim construction brief and Southwest's responsive claim construction brief may be up to 45 pages in length, and Plaintiffs' reply claim construction brief may be up to 22 pages in length, excluding the table of contents and table of authorities.

SO ORDERED.

SIGNED this _____ day of _____, 2026.

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE

1