IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

INTELLECTUAL VENTURES I           §
LLC and INTELLECTUAL              §
VENTURES II LLC,                  §
                                  §
        Plaintiffs,               §
                                  §   No. 3:25-cv-2885-L-BN
V.                                §
                                  §
SOUTHWEST AIRLINES CO.,           §
                                  §
        Defendant.                §

## ORDER DENYING MOTION FOR ORAL ARGUMENT

Defendant Southwest Airlines Co. has filed a motion to dismiss. *See* Dkt. No. 99. And, on January 19, 2026, it filed an unopposed motion for oral argument on the motion to dismiss. *See* Dkt. No. 104.

Having reviewed the relevant filings, the Court determines that oral argument is not necessary to resolve the motion to dismiss and, so, DENIES the motion for oral argument [Dkt. No. 104].

SO ORDERED.

DATED: July 28, 2026

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE