IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | § | |
| Plaintiffs, | § | |
| | § | No. 3:25-cv-2885-L-BN |
| V. | § | |
| SOUTHWEST AIRLINES CO., | § | |
| Defendant. | § | |

**ORDER GRANTING MOTION TO**
**MOVE CLAIM CONSTRUCTION HEARING**

Defendant Southwest Airlines Co. has filed an Unopposed Motion to Move Claim Construction (*Markman*) Hearing. *See* Dkt. No. 157.

For good cause thereon, the Court GRANTS the Motion [Dkt. No. 157].

The Court resets the in-person *Markman* hearing in this matter before the undersigned to **Thursday, September 24, 2026 at 2:00 p.m.**, in Courtroom 1561, 1100 Commerce Street, Dallas, Texas.

The claim construction briefing deadlines in the Court's July 30, 2026 order [Dkt. No. 153] remain unaffected by this order.

SO ORDERED.

DATED: August 7, 2026

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE