IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | § § § § | |
| Plaintiffs, | § § | No. 3:25-cv-2885-L-BN |
| V. | § § | |
| SOUTHWEST AIRLINES CO., | § § | |
| Defendant. | § | |

## ORDER REQUIRING JOINT STATUS REPORT

On March 6, 2026, Defendant Southwest Airlines Co. filed a Motion to Sever and Stay Intellectual Ventures' Claims Regarding the '000 Patent Systems Based on the Customer-Suit Exception. *See* Dkt. No. 121. Southwest asks the Court to sever and abate the infringement claims of Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Intellectual Ventures") regarding U.S. Patent No. 11,032,000 (the "'000 Patent") pending the resolution of separate litigation in Delaware. *See id.*

After receiving an extension to respond to the motion, Intellectual Ventures filed a response brief. *See* Dkt. No. 129. And Southwest replied. *See* Dkt. No. 132.

In the midst of the briefing, the parties filed a joint status report and proposed scheduling plan, *see* Dkt. No. 130, and the Court entered an Initial Scheduling Order, setting a claim-construction hearing for September 2026, *see* Dkt. No. 131.

The Court now orders the parties to confer and file a joint status report no later than **Tuesday, August 18, 2026 at 5:00 p.m.** informing the Court whether their

positions on staying and severing the '000 Patent claims have changed since the motion was filed.

SO ORDERED.

DATED: August 14, 2026

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE