**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>*Defendant.* | **Civil Action No. 3:25-CV-02885-L-BN (consolidated with 3:25-cv-03097-L)**<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF JONATHAN K. WALDROP IN SUPPORT OF PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF**

I, Jonathan K. Waldrop, declare as follows:

1. I am a Partner with the law firm of Kasowitz LLP. I am one of the attorneys responsible for the representation of Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "IV" or "Plaintiffs") in this matter and make this declaration in support of Plaintiffs' Opening Claim Construction Brief.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 8,332,844 to Kulkarni et al., issued December 11, 2012.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Memorandum Opinion and Order, *Intellectual Ventures I LLC and Intellectual Ventures II LLC v. American Airlines, Inc.*, Civil Action No. 4:24-cv-00980, ECF 177 (E.D. Tex July 28, 2026).

4. Attached hereto as Exhibit 3 is a true and correct copy of the Memorandum Opinion and Order, *Intellectual Ventures I LLC and Intellectual Ventures II LLC v. American Airlines, Inc.*, Civil Action No. 4:24-cv-00980, ECF 127 (E.D. Tex Feb 19, 2026).

5. Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent No. 8,407,722 to Tuttle et al., issued March 26, 2013.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Reply Under 37 C.F.R § 1.116 dated February 9, 2012, an excerpt from the Prosecution History for U.S. Patent No. 8,407,722.

7. Attached hereto as Exhibit 6 is a true and correct copy of U.S. Patent No. 7,257,582 to Rothschild, issued August 14, 2007.

8. Attached hereto as Exhibit 7 is a true and correct copy of the First Amendment dated March 6, 2007, an excerpt from the Prosecution History for U.S. Patent No. 7,257,582.

9. Attached hereto as Exhibit 8 is a true and correct copy of U.S. Patent No. 7,712,080 to Pan et al., issued May 4, 2010.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Declaration of Michael Ian Shamos, Ph.D., J.D. dated September 22, 2025, *American Airlines, Inc. and Southwest Airlines Co. v. The Regents of the University of California*, Case IPR2025-01511, Exhibit 1003.

11. Attached hereto as Exhibit 10 is a true and correct copy of U.S. Patent No. 11,032,000 to Howard, issued June 8, 2021.

12. Attached hereto as Exhibit 11 is a true and correct copy of an excerpt from the Petition for *Inter Partes* Review of U.S. Patent No. 8,407,722, *American Airlines, Inc. and Southwest Airlines Co. v. Intellectual Ventures I LLC*, Case IPR2025-00987 (PTAB May 9, 2025).

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief, formed after reasonable inquiry under the circumstances.

Executed on the 14th day of August, 2026, in San Francisco, California.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop