# Exhibit 11

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

AMERICAN AIRLINES, INC. AND SOUTHWEST AIRLINES CO.,

Petitioners

v.

INTELLECTUAL VENTURES I LLC,

Patent Owner.

IPR2025-00987
U.S. Patent No. 8,407,722

# PETITION FOR *INTER PARTES* REVIEW OF U.S. PATENT NO. 8,407,722

### B. Level of Ordinary Skill

A person of ordinary skill in the art as of the '722 Patent's earliest priority claim would have a bachelor's degree in an academic area emphasizing computer networking (i.e. computer science, computer information systems, computer engineering, etc.) and (2) at least two years of work experience with Internet routing with additional education substituting for less experience and vice versa. Ex.1003, ¶¶22-23.

## V. CLAIM CONSTRUCTION

Claim terms are construed according to the *Phillips* standard in an IPR. *Phillips v. AWH Corp.*, 415 F.3d 1303 (Fed. Cir. 2005); 37 C.F.R. §42.100. However, claim construction is only required where necessary to resolve a dispute. *See, e.g., Toyota Motor Corp. v. Cellport Systems, Inc.*, IPR2015-00633, Paper 11 at 16 (Aug. 14, 2015) (citing *Wellman, Inc. v. Eastman Chemical Co.*, 642 F.3d 1355, 1361 (Fed. Cir. 2011)). Petitioners propose the following claim constructions.

### A. Claims 17-19, 23-25, 29-31, 35-37: "activation module"

Claims 17-19, 23-25, 29-31, 35-37 recite an "activation module" for performing certain functions. "Module" is a nonce word that substitutes for "means"

for purposes of § 112, ¶6. *See Williamson v. Citrix Online, LLC*, 792 F.3d 1339, 1350 (Fed. Cir. 2015) (en banc).[1]

| Claims | Function | Structure in '722 Specification |
|---|---|---|
| 17, 23, 29, 35 | "executing instructions by the client for registering the live object with the routing network" | "activation module 124[: (1)] parses 610 the web page 118 received from the server 112 and identifies the objectIDs of the live objects," (2) "opens 612 a connection between the client 114 and the routing network 110," and (3) "uses the connection ... to register 614 the object IDs by communicating to the routing network 116 [] the identified object IDs [(e.g., as a vector, list, or array)]" and equivalents thereof. Ex.1001, 14:33-15:1, Fig. 6; *see also* 11:1-8. |
| 18, 24, 30, 36 | "determining a node type that handles registration and causing the client device to register with the node corresponding to the node type" | activation module 124: (1) determines a node type in the routing network that handles registration, (2) makes a connection to that node, and (3) "registers the appropriate object IDs with the appropriate node[]" and equivalents thereof. Ex.1001, 21:43-52. |

[1] In the related litigation, Patent Owner asserts claims 17 and 18 and reads the "activation module" very broadly against open-source software known as Kafka. *See* Ex.1024.

| | | |
|---|---|---|
| 19, 25, 31, 37 | "determining a message category of the data representation and causing the client device to register with a node having a node type corresponding to the message category" | activation module 124: (1) "determines which categories of messages it needs and to which nodes types it should connect," (2) "makes a connection to one node of each relevant type," and (3) "registers the appropriate object IDs with the appropriate nodes" and equivalents thereof. Ex.1001, 21:43-52. |

Ex.1003, ¶¶35-36.

No express construction of the other challenged claims is necessary in this IPR because the prior art renders these claims obvious under any reasonable construction. Petitioners reserve the right to propose constructions and respond to constructions proposed by others.

## VI. OVERVIEW OF THE ART

A POSITA would understand a node to be any computing device connected to a network, such as "a standalone physical computer unit with a network connection that typically runs its own copy of the operating system" like "a workstation in your office or your laptop computer" (Ex.1025, 1-2), "computers, switches, routers, servers and other devices" (Ex.1026, 4), and "[a] computer that is attached to a network" (Ex.1027, 4), which are consistent with the Microsoft 2002 Computer Dictionary definition: "In networking, a device, such as a client computer,

## XII. CONCLUSION

Claims 1-37 are unpatentable under Pre-AIA §103. Petitioners request cancellation of claims 1-37.

Dated: May 9, 2025

Respectfully submitted,

By: /Keith D. Harden/
Keith D. Harden
Registration No. 74,472

**CERTIFICATE OF WORD COUNT UNDER 37 C.F.R. § 42.24(d)**

The undersigned certifies that the word count of the foregoing PETITION FOR *INTER PARTES* REVIEW, excluding the table of contents, table of authorities, exhibit list, mandatory notices, certificate of service, certificate of word count, and any appendix of exhibits or claim listing, is 13,917.

Dated: May 9, 2025

/Keith D. Harden/
Keith D. Harden
Registration No. 74,472

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing PETITION FOR *INTER PARTES* REVIEW and all exhibits identified herein were served on May 9, 2025 at the following address of record for the subject patent:

Brandon R. Theiss — via FedEx Overnight
Volpe Koenig
30 South 17th Street, 18th Floor
Philadelphia, PA 19103

*Courtesy Copy via electronic mail to Patent Owner's Litigation Counsel:*

Jonathan K. Waldrop
Kasowitz Benson Torres LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
jwaldrop@kasowitz.com
IntellectualVentures@kasowitz.com

Dated: May 9, 2025

/Keith D. Harden/
Keith D. Harden
Registration No. 74,472