**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,** | § | |
| **Plaintiffs,** | § | **Civil Action No. 3:25-cv-02885-L-BN** |
| **v.** | § | **Consolidated with 3:25-cv-03097-L** |
| **SOUTHWEST AIRLINES CO.,** | § | **JURY TRIAL DEMANDED** |
| **Defendant.** | § | |

**AGREED MOTION TO EXTEND TIME TO FILE OBJECTIONS TO THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Defendant Southwest Airlines Co. ("Southwest") and Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Plaintiffs") (together with Southwest, "the Parties") submit this Agreed Motion to Extend Time to File Their Objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (Dkt. 159). The Parties respectfully request the Court extend the Parties' deadline to file their objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (Dkt. 159) by 11 days to Tuesday, September 8, 2026, and show as follows:

1. On August 13, 2026, Magistrate Judge Horan issued Findings, Conclusions, and Recommendation on Southwest's Motion to Dismiss (Dkt. 159) (the "FCR"). *See* Dkt. No. 159. Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), the Parties have fourteen (14) days from service of the FCR to file written objections. The Parties were served with the FCR on August 14, 2026, making objections to the FCR due on August 28, 2026.

2. “Before the original deadline [to file objections to the proposed findings and recommendations of the magistrate judge] expires, a court may extend time for a party to act if there is good cause.” *U.S. Bank Tr. Nat’l Ass’n as Tr. of Tiki Series IV Tr. v. Walden*, 124 F.4th 314, 320 (5th Cir. 2024).

3. Good cause supports the Parties’ request for a brief, eleven-day extension. First, the FCR is a substantial 43-page document addressing complex issues of patent validity under 35 U.S.C. § 101, the sufficiency of Plaintiffs’ pleadings, and pre-suit damages under 35 U.S.C. § 287. The FCR analyzes multiple patent claims across five patents-in-suit, recommending that the Court grant in part and deny in part Southwest’s Motion to Dismiss. The Parties require adequate time to properly evaluate these findings and prepare thorough objections, if any.

4. Second, the current deadline coincides with other significant case obligations. August 28, 2026—the date on which objections are currently due—is also the deadline for Southwest’s Responsive Claim Construction Brief. *See* Dkt. 153. The Parties are actively engaged in claim construction briefing, which requires substantial attorney time and resources. A brief extension will allow the Parties to properly address the FCR without compromising the quality of their claim construction submissions.

5. Third, the requested extension will not prejudice the opposing party or delay trial. The Parties jointly seek this extension, and no party will be harmed by the brief, eleven-day extension. The extension will allow both sides to thoroughly review the FCR and file meaningful objections.

6. Accordingly, the Parties respectfully request that the Court extend the deadline to file objections to the Findings, Conclusions, and Recommendation (Dkt. 159) by eleven (11) days, to Tuesday, September 8, 2026.

Dated: August 18, 2026

By: <u>*/s/ S. Wallace Dunwoody*</u>
Michael C. Wilson
State Bar No. 21704590
mwilson@munckwilson.com
S. Wallace Dunwoody
State Bar No. 24040838
wdunwoody@munckwilson.com
Lucas R. Dombroski
Texas Bar No. 24142846
ldombroski@munckwilson.com
**Munck Wilson Mandala, LLP**
2000 McKinney Avenue
Suite 1900
Dallas, TX 75201
(972) 628-3600
(972) 628-3616 fax

David G. Henry
Texas Bar. No. 09479355
dhenry@munckwilson.com
**Munck Wilson Mandala, LLP**
510 Austin Avenue
Suite 3100
Waco, Texas 76701
(254) 362-2300
(254) 362-2304 fax

Tri T. Truong
Texas State Bar No. 24102969
ttruong@munckwilson.com
**Munck Wilson Mandala, LLP**
807 Las Cimas Parkway
Suite 300
Austin, Texas 78756
737-201-1600
737-201-1601 fax

*Attorneys for*
*Southwest Airlines Co.*

By: <u>*/s/ Heather S. Kim*</u>
William D. Ellerman (TX Bar No. 24007151)
wellerman@CJSJLAW.com
**Cherry Johnson Siegmund James PLLC**
8140 Walnut Hill Lane
Suite 105
Dallas, TX 75231
Telephone: 254-732-2242
Facsimile: 866-627-3509

Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@cjsjlaw.com
**Cherry Johnson Siegmund James PLLC**
7901 Fish Pond Rd., 2nd Floor
Waco, Texas 76710
Telephone: 254-732-2242
Facsimile: 866-627-3509

Jonathan K. Waldrop (CA Bar No. 297903)
jwaldrop@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
tnguyen@kasowitz.com
**KASOWITZ LLP**
101 California Street, Suite 3950
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 358-4408

Paul G. Williams (GA Bar No. 764925)
pwilliams@kasowitz.com
**KASOWITZ LLP**
1230 Peachtree Street, N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6102
Facsimile: (404) 393-9752

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 18, 2026, the foregoing document has been served on all counsel of record via the Court's CM/ECF system.

*/s/ S. Wallace Dunwoody*
S. Wallace Dunwoody

**CERTIFICATE OF CONFERENCE**

I, the undersigned counsel, hereby certify that I conferred with Heather S. Kim, counsel for Plaintiffs, on August 17, 2026, regarding the relief requested herein. The motion is agreed.

*/s/ S. Wallace Dunwoody*
S. Wallace Dunwoody