**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,** | § | |
| | § | |
| **Plaintiffs,** | § | **Civil Action No. 3:25-cv-02885-L-BN** |
| | § | |
| **v.** | § | **Consolidated with 3:25-cv-03097-L** |
| | § | |
| **SOUTHWEST AIRLINES CO.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendant.** | § | |

# ORDER GRANTING AGREED MOTION TO EXTEND TIME TO FILE OBJECTIONS TO THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Before the Court is the Parties' Agreed Motion to Extend Time to File Objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Motion"). Having considered the Motion, the Court determines that the requested relief should be granted.

IT IS THEREFORE ORDERED that the Parties' Motion is GRANTED.

IT IS FURTHER ORDERED that the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are due September 8, 2026.

SO ORDERED.

SIGNED this ____ day of _____________, 2026.

_______________________________
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE