**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,** | § § | |
| **Plaintiffs,** | § § | **Civil Action No. 3:25-cv-02885-L-BN** |
| **v.** | § § | **Consolidated with 3:25-cv-03097-L** |
| **SOUTHWEST AIRLINES CO.,** | § § | **JURY TRIAL DEMANDED** |
| **Defendant.** | § § | |

**AMENDED JOINT CLAIM-CONSTRUCTION AND PREHEARING STATEMENT**

Pursuant to the Court's Scheduling Order (Dkt. 131), Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs" or "IV") and Defendant Southwest Airlines Co., ("Defendant" or "Southwest") (collectively, the "Parties") respectfully submit this Amended Joint Claim-Construction and Prehearing Statement regarding the asserted claims of U.S. Patent Nos. 8,332,844 (the "'844 Patent"), 8,407,722 (the "'722 Patent"), 7,257,582 (the "'582 Patent"), 7,712,080 (the "'080 Patent"), and 11,032,000 (the "'000 Patent") (collectively, the "Asserted Patents").

## I. AGREED CONSTRUCTIONS

The Parties do not agree on the construction of any disputed claim term. For each term identified for construction, IV contends that the term requires no construction and should be given its plain and ordinary meaning as understood by a person of ordinary skill in the art, while Southwest contends that the term should be construed as set forth in Section II below or, where indicated, is indefinite. The Parties will continue to meet and confer in an effort to narrow the disputed terms and will promptly notify the Court of any agreed constructions reached before the claim-construction hearing.

## II. PROPOSED CONSTRUCTIONS FOR DISPUTED TERMS

### A. The '844 Patent

| No. | Claim Term | Claim | Southwest's Proposed Construction | IV's Proposed Construction |
|---|---|---|---|---|
| 1 | "root image" | 7 | a base image of the application environment operating at the block level below the file system | Plain and ordinary meaning |
| 2 | "leaf images" / "said leaf images including only additional data blocks not previously contained in said root image and changes made | 7 | a node-specific image of the application environment operating at the block level below the file system | Plain and ordinary meaning |

| No. | Claim Term | Claim | Southwest's Proposed Construction | IV's Proposed Construction |
|---|---|---|---|---|
| | by respective compute nodes to the blocks of the root image" | | | |
| 3 | "merging the blocks of said root image with the blocks of respective leaf images to create cohesive respective application environments" | 11 | combining the root image and the leaf image at the block level below the file system | Plain and ordinary meaning |
| 4 | "caching blocks of said root image that have been accessed by at least one of said compute nodes in a cache memory" | 7 | caching blocks of the root image that have been accessed by at least one of said compute nodes in a cache memory at the block level below the file system | Plain and ordinary meaning |

**B. The '722 Patent**

| No. | Claim Term | Claim | Southwest's Proposed Construction | IV's Proposed Construction |
|---|---|---|---|---|
| 1 | "input source" / "identify a category of the update message based on the input source" | 14 | identify a category of the update message based on the information provider or dynamic content provider but not on the category/topic of the message content | Plain and ordinary meaning |
| 2 | "gateway device" | 14 | a component of the routing network situated between the input source and the node | Plain and ordinary meaning |

**C. The '582 Patent**

| No. | Claim Term | Claim | Southwest's Proposed Construction | IV's Proposed Construction |
|---|---|---|---|---|
| 1 | "distributing descriptions of all of said partitions to each of a plurality of subtask processors" | 1 | providing each subtask processor with a control file specifying the logical partitions of the input file | Plain and ordinary meaning |
| 2 | "first-come/first-served basis" | 1 | a subtask processor independently selects the next available partition to process without coordination from any central controller or scheduler | Plain and ordinary meaning |

| No. | Claim Term | Claim | Southwest's Proposed Construction | IV's Proposed Construction |
|---|---|---|---|---|
| | | | and without relying on load information | |
| 3 | "description of all said partitions" | 1 | statements giving a characteristic(s) of all of the well-defined parts of the input file for use in distributing the load without a special load process, wherein such statements are distinct from the input file itself | Plain and ordinary meaning |

### D. The '080 Patent

| No. | Claim Term | Claim | Southwest's Proposed Construction | IV's Proposed Construction |
|---|---|---|---|---|
| 1 | "distributed sequential computing program" | 1, 7 | a program that executes sequentially across distributed memory by navigating to the processor that owns the needed memory and then resuming execution there | Plain and ordinary meaning |
| 2 | "distributed parallel computing program" | 1, 4, 5, 6, 9, 17 | program that computes using multiple concurrent distributed sequential computing programs operating without terminating and resuming thread processes | Plain and ordinary meaning |

### E. The '000 Patent

| No. | Claim Term | Claim | Southwest's Proposed Construction | IV's Proposed Construction |
|---|---|---|---|---|
| 1 | "time interval" | 1, 13 | timeslot | Plain and ordinary meaning |

## III. ANTICIPATED LENGTH OF TIME NECESSARY FOR HEARING

The Parties propose that the claim-construction hearing be allotted approximately four (4) hours, exclusive of any technology tutorial. Given the number of disputed terms across the six Asserted Patents and the several indefiniteness disputes, the Parties anticipate that the hearing will require substantial argument.

## IV. WITNESSES

IV's Position: IV does not intend to call live witnesses at the claim-construction hearing but reserves the right to rely on expert testimony in the form of declarations filed with the Court. IV has identified Dr. Mahdi Eslamimehr as an expert who may provide testimony regarding the '844, '722, '582, and '080 Patents, and Dr. Stan McClellan as an expert who may provide testimony regarding the '000 Patent.

Southwest's Position: Southwest does not intend to call any witnesses or rely on any declarations at the claim-construction hearing at this time. Southwest reserves the right to respond to any expert testimony or other evidence that IV may introduce.

## V. OTHER ISSUES

The Parties identify the following additional issues that may appropriately be taken up at a prehearing conference:

1. Whether the Court wishes the Parties to present a technology tutorial in advance of or at the claim-construction hearing.

2. Whether the number of disputed claim terms should be limited or prioritized for construction, given that Southwest has identified approximately three dozen disputed terms across the six Asserted Patents.

Dated: August 28, 2026


By: <u>*/s/ S. Wallace Dunwoody*</u>
Michael C. Wilson
State Bar No. 21704590
mwilson@munckwilson.com
S. Wallace Dunwoody
State Bar No. 24040838
wdunwoody@munckwilson.com
Lucas R. Dombroski
Texas Bar No. 24142846
ldombroski@munckwilson.com
**Munck Wilson Mandala, LLP**
2000 McKinney Avenue
Suite 1900
Dallas, TX 75201
(972) 628-3600
(972) 628-3616 fax

David G. Henry
Texas Bar. No. 09479355
dhenry@munckwilson.com
**Munck Wilson Mandala, LLP**
510 Austin Avenue
Suite 3100
Waco, Texas 76701
(254) 362-2300
(254) 362-2304 fax

Tri T. Truong
Texas State Bar No. 24102969
ttruong@munckwilson.com
**Munck Wilson Mandala, LLP**
807 Las Cimas Parkway
Suite 300
Austin, Texas 78756
737-201-1600
737-201-1601 fax

*Attorneys for*
*Southwest Airlines Co.*

By: <u>*/s/ Jonathan K. Waldrop*</u>
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted *pro hac vice*)
jwaldrop@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted *pro hac vice*)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted *pro hac vice*)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted *pro hac vice*)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted *pro hac vice*)
tnguyen@kasowitz.com
**KASOWITZ LLP**
101 California Street, Suite 3950
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 358-4408

Jeceaca An (NY Bar No. 5849898)
(Admitted *pro hac vice*)
jan@kasowitz.com
**KASOWITZ LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Paul G. Williams (GA Bar No. 764925)
(Admitted *pro hac vice*)
pwilliams@kasowitz.com
**KASOWITZ LLP**
1230 Peachtree Street, N.E., Suite 3750
Atlanta, Georgia 30309
Telephone: (404) 260-6102
Facsimile: (404) 393-9752

William D. Ellerman (TX Bar No. 24007151)
wellerman@CJSJLAW.com
**Cherry Johnson Siegmund James PLLC**
8140 Walnut Hill Lane
Suite 105
Dallas, TX 75231
Telephone: 254-732-2242
Facsimile: 866-627-3509

Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@cjsjlaw.com
**Cherry Johnson Siegmund James PLLC**
7901 Fish Pond Rd., 2nd Floor
Waco, Texas 76710
Telephone: 254-732-2242
Facsimile: 866-627-3509

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 28, 2026, the foregoing document has been served on all counsel of record via the Court's CM/ECF system.

*/s/ Jonathan K. Waldrop*
Jonthan K. Waldrop