**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,** | § | |
| **Plaintiffs,** | § | **Civil Action No. 3:25-cv-02885-L-BN** |
| **v.** | § | **Consolidated with 3:25-cv-03097-L** |
| **SOUTHWEST AIRLINES CO.,** | § | **JURY TRIAL DEMANDED** |
| **Defendant.** | § | |

---

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE FOR REPLY CLAIM CONSTRUCTION BRIEF**

---

Plaintiffs Intellectual Ventures I, LLC and Intellectual Ventures II, LLC ("Plaintiffs") submit this Unopposed Motion to Extend Deadline for Reply Claim Construction Brief as follows:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Reply Brief | September 4, 2026 | September 11, 2026 |

Good cause exists given the number of patents and claim terms. Defendant Southwest Airlines Co. ("Defendant") is unopposed. Plaintiffs' extension request does not change the date of any hearing (as the *Markman* hearing is currently scheduled for September 24, 2026), trial, or other Court date, and does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Dated: August 31, 2026

RESPECTFULLY SUBMITTED,

By: */s/ Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted *pro hac vice*)
jwaldrop@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)

(*Pro hac vice* forthcoming)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(*Pro hac vice* forthcoming)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted *pro hac vice*)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(*Pro hac vice* forthcoming)
tnguyen@kasowitz.com
**KASOWITZ LLP**
101 California Street, Suite 3950
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 358-4408

Jeceaca An (NY Bar No. 5849898)
(*Pro hac vice* forthcoming)
jan@kasowitz.com
**KASOWITZ LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Paul G. Williams (GA Bar No. 764925)
(Admitted *pro hac vice*)
pwilliams@kasowitz.com
**KASOWITZ LLP**
1230 Peachtree Street, N.E., Suite 3750
Atlanta, Georgia 30309
Telephone: (404) 260-6102
Facsimile: (404) 393-9752

William D. Ellerman (TX Bar No. 24007151)
wellerman@CJSJLAW.com
**Cherry Johnson Siegmund James PLLC**
8140 Walnut Hill Lane, Suite 105
Dallas, TX 75231
Telephone: 254-732-2242
Facsimile: 866-627-3509

Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES PLLC**

7901 Fish Pond Rd., 2nd Floor
Waco, Texas 76710
Telephone: 254-732-2242
Facsimile: 866-627-3509

***Attorneys for Plaintiffs***
***INTELLECTUAL VENTURES I LLC***
***INTELLECTUAL VENTURES II LLC***

**CERTIFICATE OF CONFERENCE**

I, the undersigned counsel, hereby certify that, on this 31st day of August, 2026, counsel for Plaintiffs conferred with counsel for Defendant via e-mail regarding the relief requested herein. Defendant's counsel indicated that Defendant is unopposed to Plaintiffs' requested extension.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 31st day of August, 2026, via the Court's CM/ECF system.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop