**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I, LLC and INTELLECTUAL VENTURES II LLC,**<br><br>*Plaintiffs*,<br><br>**v.**<br><br>**SOUTHWEST AIRLINES CO.,**<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 3:25-cv-02885-L-BN** |

**ORDER**

This Court, having considered Plaintiffs Intellectual Ventures I, LLC and Intellectual Ventures II, LLC's ("Plaintiffs") Unopposed Motion to Extend Deadline for Reply Claim Construction Brief (Dkt. No. 168) hereby GRANTS such Motion in its entirety. It is ORDERED that the following amended deadline shall apply:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Reply Brief | September 4, 2026 | September 11, 2026 |

Signed this 1st day of September, 2026.

DAVID L. HORAN
UNITED STATE MAGISTRATE JUDGE