**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>*Defendant.* | **Civil Action No. 3:25-CV-02885-L-BN**<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF JONATHAN K. WALDROP IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

I, Jonathan K. Waldrop, declare as follows:

1. I am a Partner with the law firm of Kasowitz LLP. I am one of the attorneys responsible for the representation of Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "IV" or "Plaintiffs") in this matter and make this declaration in support of Plaintiffs' Objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Federal Circuit's precedential decision in *VDPP, LLC v. Volkswagen Group of America, Inc.*, No. 2024-2226 (Fed. Cir. Aug. 19, 2026).

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief, formed after reasonable inquiry under the circumstances.

Executed on the 8th day of September, 2026, in San Francisco, California.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop