**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,

*Plaintiffs*,

v.

SOUTHWEST AIRLINES CO.,

*Defendant.*

§ § § § § § § § § §

Civil Action No. 3:25-cv-02885-L-BN

JURY TRIAL DEMANDED

---

**ORDER**

---

This Court, having considered Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC's ("Plaintiffs") Unopposed Motion to Extend Deadline for Reply Claim Construction Brief (Dkt. No. 175) GRANTS such Motion in its entirety. It is ORDERED that the following amended deadline shall apply:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Reply Brief | September 11, 2026 | September 14, 2026 |

Signed this 9th day of September, 2026.

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE