**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,** | § | |
| **Plaintiffs,** | § | **Civil Action No. 3:25-cv-02885-L-BN** |
| **v.** | § | **Consolidated with 3:25-cv-03097-L** |
| **SOUTHWEST AIRLINES CO.,** | § | **JURY TRIAL DEMANDED** |
| **Defendant.** | § | |

**AGREED MOTION ON THE BRIEFING SCHEDULE FOR RESPONSES TO OBJECTIONS TO THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Defendant Southwest Airlines Co. ("Southwest") and Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Plaintiffs") (together with Southwest, "the Parties") submit this Agreed Motion on the Briefing Schedule for Responses to Objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (Dkt. 159). In support, the Parties respectfully show the Court as follows:

On August 13, 2026, United States Magistrate Judge David L. Horan issued his Findings, Conclusions, and Recommendation (Dkt. 159), recommending that the Court grant in part and deny in part Southwest's Motion to Dismiss (Dkt. 99). The Parties have each filed timely Objections to the Findings, Conclusions, and Recommendation. *See* Dkts. 172, 173.

A question has arisen regarding the deadline for the Parties to file their respective responses to the Objections under Federal Rule of Civil Procedure 72 and the Local Civil Rule 72.2. To eliminate any ambiguity and to provide the Parties and the Court with a clear and orderly schedule,

the Parties have met and conferred and have reached agreement on the deadlines for their respective responses to, and replies in support of, the Objections.

The agreed schedule is also warranted in light of the *Markman* hearing currently set for September 24, 2026, and the Parties' related pretrial obligations. The requested schedule will facilitate the orderly and efficient briefing of the Objections, is sought in good faith and not for purposes of delay, and will not affect any other deadline or the Court's trial setting. No party will be prejudiced by the relief requested.

Accordingly, the Parties jointly and respectfully request that the Court enter the following agreed briefing schedule governing the Parties' responses to, and replies in support of, the Objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (Dkt. 159):

| **Item** | **Agreed Deadline** |
|---|---|
| Responses to Objections to the Findings, Conclusions, and Recommendation | October 6, 2026 |
| Replies in Support of Objections to the Findings, Conclusions, and Recommendation | October 27, 2026 |

Dated: September 14, 2026


By: */s/ S. Wallace Dunwoody*
Michael C. Wilson
State Bar No. 21704590
mwilson@munckwilson.com
S. Wallace Dunwoody
State Bar No. 24040838
wdunwoody@munckwilson.com
Lucas R. Dombroski
Texas Bar No. 24142846
ldombroski@munckwilson.com
**Munck Wilson Mandala, LLP**
2000 McKinney Avenue
Suite 1900
Dallas, TX 75201
(972) 628-3600
(972) 628-3616 fax

David G. Henry
Texas Bar. No. 09479355
dhenry@munckwilson.com
**Munck Wilson Mandala, LLP**
510 Austin Avenue
Suite 3100
Waco, Texas 76701
(254) 362-2300
(254) 362-2304 fax

Tri T. Truong
Texas State Bar No. 24102969
ttruong@munckwilson.com
**Munck Wilson Mandala, LLP**
807 Las Cimas Parkway
Suite 300
Austin, Texas 78756
737-201-1600
737-201-1601 fax

*Attorneys for*
*Southwest Airlines Co.*

By: */s/ Heather S. Kim*
William D. Ellerman (TX Bar No. 24007151)
wellerman@CJSJLAW.com
**Cherry Johnson Siegmund James PLLC**
8140 Walnut Hill Lane
Suite 105
Dallas, TX 75231
Telephone: 254-732-2242
Facsimile: 866-627-3509

Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@cjsjlaw.com
**Cherry Johnson Siegmund James PLLC**
7901 Fish Pond Rd., 2nd Floor
Waco, Texas 76710
Telephone: 254-732-2242
Facsimile: 866-627-3509

Jonathan K. Waldrop (CA Bar No. 297903)
jwaldrop@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
tnguyen@kasowitz.com
**KASOWITZ LLP**
101 California Street, Suite 3950
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 358-4408

Paul G. Williams (GA Bar No. 764925)
pwilliams@kasowitz.com
**KASOWITZ LLP**
1230 Peachtree Street, N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6102
Facsimile: (404) 393-9752

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 14, 2026, the foregoing document has been served on all counsel of record via the Court's CM/ECF system.

*/s/ S. Wallace Dunwoody*
S. Wallace Dunwoody

**CERTIFICATE OF CONFERENCE**

I, the undersigned counsel, hereby certify that I conferred with Heather S. Kim, counsel for Plaintiffs, on September 11, 2026, regarding the relief requested herein. The motion is agreed.

*/s/ S. Wallace Dunwoody*
S. Wallace Dunwoody