**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,

*Plaintiffs,*

v.

SOUTHWEST AIRLINES CO.,

*Defendant.*

**Civil Action No. 3:25-cv-02885-L-BN**

**JURY TRIAL DEMANDED**

**DECLARATION OF JONATHAN K. WALDROP IN SUPPORT OF PLAINTIFFS INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II LLC'S REPLY TO DEFENDANT'S RESPONSIVE CLAIM CONSTRUCTION BRIEF FOR U.S. PATENT NOS. 8,332,844, 8,407,722, 7,257, AND 582, 7,712,080**

I, Jonathan K. Waldrop, declare as follows:

1. I am a Partner with the law firm of Kasowitz LLP. I am one of the attorneys responsible for the representation of Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "IV" or "Plaintiffs") in this matter and make this declaration in support of Plaintiffs' Reply to Defendant's Responsive Claim Construction Brief for U.S. Patent Nos. 8,332,844, 8,407,722, 7,257,582, and 7,712,080.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Memorandum Opinion and Order, *Intellectual Ventures I LLC et al. v. American Airlines, Inc.*, No. 4:24-cv-980, Dkt. 177 (E.D. Texas July 28, 2026).

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the Petition for Inter Partes Review of U.S. Patent No. 8,332,844, *American Airlines, Inc. and Southwest Airlines Co. v. Intellectual Ventures II LLC*, dated April 30, 2025.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief, formed after reasonable inquiry under the circumstances.

Executed on the 14th day of September, 2026, in San Francisco, California.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop