# Exhibit 2

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

AMERICAN AIRLINES, INC. AND SOUTHWEST AIRLINES CO.,

Petitioners

v.

INTELLECTUAL VENTURES II LLC,

Patent Owner.

IPR2025-00931
U.S. Patent No. 8,332,844

**PETITION FOR *INTER PARTES* REVIEW OF U.S. PATENT NO. 8,332,844**

30. *See Studiengesellschaft Kohle v. Shell Oil Co.*, 112 F.3d 1561, 1564 (Fed. Cir. 1997). Therefore, the asserted claims of the '844 Patent are only entitled to a filing date of February 21, 2007.

### C. Level of Ordinary Skill

A POSITA, on or before February 21, 2007, or alternatively on or before December 30, 2004, would have had a bachelor's degree in computer science, computer engineering, or an equivalent degree, and approximately two years of experience working in the fields of networked data storage, file systems, and operating systems. Additional experience might substitute for less education and *vice versa*. Ex.1003 at ¶34.

## V. CLAIM CONSTRUCTION

Claim terms are construed according to the *Phillips* standard in an IPR. *Phillips v. AWH Corp.*, 415 F.3d 1303 (Fed. Cir. 2005); 37 C.F.R. §42.100. The analysis in Sections VI-IX establishes that the challenged claims are obvious under any reasonable interpretation under the *Phillips* standard, and thus Petitioners submit that the Board need not resolve any express constructions.[1] *See, e.g., Toyota Motor*

---

[1] Patent Owner very broadly reads the claims asserted in the litigation against commonly and widely used open-source software known as Docker "containers." *See* Ex.1021.

*Corp. v. Cellport Systems, Inc.*, IPR2015-00633, Paper 11 at 16 (Aug. 14, 2015) (citing *Wellman, Inc. v. Eastman Chemical Co.*, 642 F.3d 1355, 1361 (Fed. Cir. 2011)) (claim construction only required where necessary to resolve dispute). Ex.1003, ¶¶307-309. Should any subsequent discussion of claim interpretation arise here or in the parallel district court proceedings, Petitioners reserve the right to propose constructions and respond to any construction advanced by the Patent Owner, the Board, and/or the Court.

## VI. OVERVIEW OF THE ART

Systems and methods for using Internet-connected servers for storing read-only root images and separately storing modified blocks of data (leaf images), caching frequently used data, and merging modified data with original root image data, was known well before the critical date of the ’844 Patent. As explained by Dr. Zadok, servers that communicated over the Internet were well known before the mid-2000s. *See* Ex.1003, ¶¶52-85 (citing Microsoft Computer Dictionary, 3rd ed., 1997 (Ex.1011) (describing various Internet networks, communication protocols, and distributed computing environments used by servers) and RFC-3720 (Ex.1017) (describing protocol on top of TCP used to transport data over Internet/IP networks)).

Systems using snapshots with network access and using copy-on-write (CoW) were also known. For example, Hitz (Ex.1013) was a paper on “File System Design

blocks of respective leaf images **[11:to create cohesive respective application environments]**."

Sapuntzakis further discloses merging the blocks of said root image (the root COW disk) with the blocks of respective leaf images (the local COW disk and ancestors between it and the root) to create cohesive respective application environments. Moreover, this limitation describes nothing more than common snapshotting behavior (traversing snapshots down to a base image and logically merging all blocks to produce a cohesive image that can be mounted as a file system for applications to use). Ex.1003, ¶391.

"To reduce the start-up time of a capsule, the COW disks corresponding to a capsule disk are read page-by-page on demand, rather than being pre-fetched." Ex.1005, 6.

"Reads involve searching the latest COW disk[, the leaf image,] and its ancestor disks in turn until the required block is found. Since the root COW disk contains a copy of all the blocks, the search is guaranteed to terminate." Ex.1005, 5–6.




Figure 2: An example capsule disk.

**Sapuntzakis, Figure 2**

"Note that the COW disk hierarchy is not visible to the VMM, or to the OS and applications inside the capsule; all of them see a normal flat disk as illustrated in the figure." Ex.1005, 6.

A POSITA would have understood that none of the individual COW disks in the hierarchy are visible to the client user; instead, a single cohesive (logical) storage image corresponding to the '844 Patent's merged root and leaf blocks presenting cohesive respective application environments. Ex.1003, ¶¶390-96,426-28.

The UBD is informally defined in the '844 Patent by way of a set of tasks it performs. *See supra* §IV.A. A POSITA would have recognized that such system components as necessary to provide such features, taken together, embody the UBD

of this claim, and that it was well-known for storage systems to use single storage appliances. Ex.1003, ¶¶426-28.

#### 5. Claims 5 and 12

**[5]/[12]** "**[5:wherein said union block devices comprise low-level drivers for interfacing][12:wherein said merging occurs at an operational level]** between **[5:the]** file systems of **[12:the]** respective compute nodes and said first storage unit, respective second storage units, and said cache **[12:memory]**."

Sapuntzakis discloses said merging occurs at an operational level between file systems of the respective compute nodes and said first storage unit (the root COW disks), respective second storage units (the local COW disks), and said cache memory (the shadow COW disks).

Sapuntzakis states that "[t]he COW disk implementation interfaces with GSX Server through a shim library that sits between GSX Server and the C library. The shim library intercepts GSX Server's I/O requests to disk image files in VMware's 'plain disk' format, and redirects them to a local disk server." Ex.1005, 6.

"The local disk server translates these requests to COW disk requests, and executes the I/O operations against the COW disks." Ex.1005, 6.

"The implementation of the capsule disk system, including demand paging, is shown in Figure 3. The shim library intercepts all of VMware's accesses to plain disks and forwards them to a disk server on the local machine. The disk server

performs a translation from a plain disk access to the corresponding access on the COW disks of the capsule." Ex.1005, 6.

A POSITA would have understood the COW disks in these passages refer to the root (base image) COW disks, the local (leaf) COW disks, and the shadow (cache) COW disks. Moreover, a POSITA would have understood that even without the presence of COW snapshots, operating systems provide a cohesive view of data that logically merges what is in the cache and what is not cached. Ex.1003, ¶¶397-403,429.

#### 6. Claims 6 and 13

**[6]/[13]** "wherein said first storage unit is read-only."

Sapuntzakis further discloses the first storage unit (storing root disk images and possibly certain intermediate COW disks) being read-only.

"At the root of the hierarchy is a root disk, which is a complete capsule disk…once capsules have children, they become immutable." Ex.1005, 6 (describing Figure 1).

A POSITA would have understood that a working operating system has to be able to write some state (*e.g.*, boot and login records, application activity, swap space, and more), and capsules with children are immutable and cannot be run directly because they are read-only. Ex.1003, ¶¶404-408,430.

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing PETITION FOR *INTER PARTES* REVIEW and all exhibits identified herein were served on April 30, 2025 at the following address of record for the subject patent:

Brandon R. Theiss — via FedEx Overnight
Volpe Koenig
30 South 17th Street, 18th Floor
Philadelphia, PA 19103

*Courtesy Copy via electronic mail to Patent Owner's Litigation Counsel:*

Jonathan K. Waldrop
Kasowitz Benson Torres LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
jwaldrop@kasowitz.com
IntellectualVentures@kasowitz.com

Dated: April 30, 2025

/Keith D. Harden/
Keith D. Harden
Registration No. 74,472