IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,** | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. **3:25-CV-2885-L-BN** |
| **SOUTHWEST AIRLINES CO.,** | § | |
| Defendant. | § | |

## ORDER

Before the court is the parties' Agreed Motion on the Briefing Schedule for Responses to Objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") (Doc. 177), filed September 14, 2026. The parties request an extension to October 6, 2026, to file objections to the magistrate judge's Report. They also request that the court allow both parties to file reply briefs in support of their respective objections by October 27, 2026. The Agreed Motion (Doc. 177) is **denied** for the reasons that follow.

In support of their Agreed Motion, the parties state that their agreement eliminates any ambiguity as to when their respective responses to objections are due under Federal Rule of Civil Procedure 72 and Local Civil Rule 72.2. In addition, they assert that that the agreed extensions and deadlines are warranted "in light of the *Markman* hearing currently set for September 24, 2026, and the Parties' related pretrial obligations." *Id.* at 2.

The deadline for filing responses to objections is fourteen days after service of written objections to the magistrate judge's findings and recommendations. *See* L.R. 72.2(2) (citing Fed. R. Civ. P. 72(b)(2), which provides that responses to objections must be filed within fourteen days after service of objections to the magistrate judge's findings and recommendation). The parties

filed their respective objections on September 8, 2026, so their responses to the objections are due September 22, 2026.

It is not entirely clear why the parties believe that their agreed extensions and deadlines are warranted with respect to the Report and recommendation regarding Defendant's Motion to Dismiss (Doc. 99) "in light of the *Markman* hearing currently set for September 24, 2026, and the Parties' related pretrial obligations." Doc. 177 at 2. In any event, the court **denies** the parties' request to extend their September 22, 2026 deadline to file responses to objections to the Report and recommendation regarding Defendant's Motion to Dismiss. The Motion to Dismiss has been pending since January 5, 2026; the magistrate judge issued his Report and recommendation on the Motion to Dismiss two months ago; and the court previously granted an agreed request by the parties to extend their fourteen-day objection deadline by twelve days, so the parties had almost one month to file their objections. Accordingly, the parties should be intimately familiar by now with the facts and issues at hand, and the court sees no reason to further delay the resolution of the Motion to Dismiss.

The court also **denies without prejudice** the parties' request to file reply briefs. As the court explained in its Standing Order of Reference (Doc. 82), it does not allow the filing of reply briefs with respect to magistrate judge orders or findings and recommendations as a matter of course, unless leave is sought and granted to file a reply brief. Moreover, no reason was provided by the parties for the need to file reply briefs, and any request to file a reply brief before the parties file their respective responses to the opposing party's objections would be premature.

**It is so ordered** this 15th day of September, 2026.

Sam A. Lindsay
United States District Judge