**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,** | § § § | **Civil Action No. 3:25-cv-02885-L-BN** |
| **Plaintiffs,** | § § | **Consolidated with 3:25-cv-03097-L** |
| **v.** | § § | **JURY TRIAL DEMANDED** |
| **SOUTHWEST AIRLINES CO.,** | § § | |
| **Defendant.** | § | |

---

**SECOND AMENDED JOINT CLAIM-CONSTRUCTION AND PREHEARING STATEMENT**

---

Pursuant to the Court's Scheduling Order (Dkt. 131), Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs" or "IV") and Defendant Southwest Airlines Co., ("Defendant" or "Southwest") (collectively, the "Parties") respectfully submit this Second Amended Joint Claim-Construction and Prehearing Statement regarding the asserted claims of U.S. Patent Nos. 8,332,844 (the "'844 Patent"), 8,407,722 (the "'722 Patent"), 7,257,582 (the "'582 Patent"), and 7,712,080 (the "'080 Patent") (collectively, the "Asserted Patents").[1]

## I. AGREED CONSTRUCTIONS

The Parties do not agree on the construction of any disputed claim term. For each term identified for construction, IV contends that the term requires no construction and should be given its plain and ordinary meaning as understood by a person of ordinary skill in the art, while Southwest contends that the term should be construed as set forth in Section II below. The Parties will continue to meet and confer in an effort to narrow the disputed terms and will promptly notify the Court of any agreed constructions reached before the claim-construction hearing.

## II. PROPOSED CONSTRUCTIONS FOR DISPUTED TERMS

### A. The '844 Patent

| No. | Claim Term | Claim | Southwest's Proposed Construction | IV's Proposed Construction |
|---|---|---|---|---|
| 1 | "root image" | 7 | a base image of the application environment operating at the block level below the file system | Plain and ordinary meaning |

[1] IV has represented that it intends to move to sever and stay its claims related to U.S. Patent No. 7,721,282 pending appeal of the indefiniteness findings in *Intellectual Ventures II LLC v. American Airlines, Inc.*, No. 4:24-cv-00980 (E.D. Tex.). Southwest is not opposed to IV's motion to sever and stay. Claim terms from the '282 Patent are therefore not presently submitted for construction. Additionally, in light of the Court's Memorandum Opinion and Order Granting Motion to Sever and Stay Claims (Dkt. 171) severing and staying IV's claims related to U.S. Patent No. 11,032,000, the Parties have removed the proposed construction for the claim term related to the '000 Patent. The Parties reserve their rights to seek construction of the '282 and '000 Patents' terms if the patents are later asserted.

| No. | Claim Term | Claim | Southwest's Proposed Construction | IV's Proposed Construction |
|---|---|---|---|---|
| 2 | "leaf images" / "said leaf images including only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of the root image" | 7 | a node-specific image of the application environment operating at the block level below the file system | Plain and ordinary meaning |
| 3 | "merging the blocks of said root image with the blocks of respective leaf images to create cohesive respective application environments" | 11 | combining the root image and the leaf image at the block level below the file system | Plain and ordinary meaning |
| 4 | "caching blocks of said root image that have been accessed by at least one of said compute nodes in a cache memory" | 7 | caching blocks of the root image that have been accessed by at least one of said compute nodes in a cache memory at the block level below the file system | Plain and ordinary meaning |

**B. The '722 Patent**

| No. | Claim Term | Claim | Southwest's Proposed Construction | IV's Proposed Construction |
|---|---|---|---|---|
| 1 | "input source" / "identify a category of the update message based on the input source" | 14 | identify a category of the update message based on the information provider or dynamic content provider but not on the category/topic of the message content | Plain and ordinary meaning |
| 2 | "gateway device" | 14 | a component of the routing network situated between the input source and the node | Plain and ordinary meaning |

**C. The '582 Patent**

| No. | Claim Term | Claim | Southwest's Proposed Construction | IV's Proposed Construction |
|---|---|---|---|---|
| 1 | "distributing descriptions of all of said partitions to each | 1 | providing each subtask processor with a control file specifying the logical partitions of the input file | Plain and ordinary meaning |

| No. | Claim Term | Claim | Southwest's Proposed Construction | IV's Proposed Construction |
|---|---|---|---|---|
| | of a plurality of subtask processors" | | | |
| 2 | "first-come/first-served basis" | 1 | a subtask processor independently selects the next available partition to process without coordination from any central controller or scheduler and without relying on load information | Plain and ordinary meaning |
| 3 | "description of all said partitions" | 1 | statements giving a characteristic(s) of all of the well-defined parts of the input file for use in distributing the load without a special load process, wherein such statements are distinct from the input file itself | Plain and ordinary meaning |

**D. The '080 Patent**

| No. | Claim Term | Claim | Southwest's Proposed Construction | IV's Proposed Construction |
|---|---|---|---|---|
| 1 | "distributed sequential computing program" | 1, 7 | a program that executes sequentially across distributed memory by navigating to the processor that owns the needed memory and then resuming execution there | Plain and ordinary meaning |
| 2 | "distributed parallel computing program" | 1, 4, 5, 6, 9, 17 | program that computes using multiple concurrent distributed sequential computing programs operating without terminating and resuming thread processes | Plain and ordinary meaning |

## III. ANTICIPATED LENGTH OF TIME NECESSARY FOR HEARING

The Parties propose that the claim-construction hearing be allotted approximately four (4) hours, exclusive of any technology tutorial. Given the number of disputed terms across the four Asserted Patents, the Parties anticipate that the hearing will require substantial argument.

## IV. WITNESSES

IV's Position: IV does not intend to call live witnesses at the claim-construction hearing but reserves the right to rely on expert testimony in the form of declarations filed with the Court. IV has identified Dr. Mahdi Eslamimehr as an expert who may provide testimony regarding the '844, '722, '582, and '080 Patents.

Southwest's Position: Southwest does not intend to call any witnesses or rely on any declarations at the claim-construction hearing at this time. Southwest reserves the right to respond to any expert testimony or other evidence that IV may introduce.

## V. OTHER ISSUES

The Parties will exchange and submit to the Court their respective technology tutorials in the form of PDFs on September 17, 2026, at 5:00 P.M. Central Time.

Dated: September 16, 2026

By: _/s/ S. Wallace Dunwoody_
Michael C. Wilson
State Bar No. 21704590
mwilson@munckwilson.com
S. Wallace Dunwoody
State Bar No. 24040838
wdunwoody@munckwilson.com
Lucas R. Dombroski
Texas Bar No. 24142846
ldombroski@munckwilson.com
**Munck Wilson Mandala, LLP**
2000 McKinney Avenue
Suite 1900
Dallas, TX 75201
(972) 628-3600
(972) 628-3616 fax

David G. Henry
Texas Bar. No. 09479355
dhenry@munckwilson.com
**Munck Wilson Mandala, LLP**
510 Austin Avenue
Suite 3100
Waco, Texas 76701
(254) 362-2300
(254) 362-2304 fax

Tri T. Truong
Texas State Bar No. 24102969
ttruong@munckwilson.com
**Munck Wilson Mandala, LLP**
807 Las Cimas Parkway
Suite 300
Austin, Texas 78756
737-201-1600
737-201-1601 fax

*Attorneys for*
*Southwest Airlines Co.*

By: _/s/ Jonathan K. Waldrop_
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted *pro hac vice*)
jwaldrop@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted *pro hac vice*)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted *pro hac vice*)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted *pro hac vice*)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted *pro hac vice*)
tnguyen@kasowitz.com
**KASOWITZ LLP**
101 California Street, Suite 3950
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 358-4408

Jeceaca An (NY Bar No. 5849898)
(Admitted *pro hac vice*)
jan@kasowitz.com
**KASOWITZ LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Paul G. Williams (GA Bar No. 764925)
(Admitted *pro hac vice*)
pwilliams@kasowitz.com
**KASOWITZ LLP**
1230 Peachtree Street, N.E., Suite 3750
Atlanta, Georgia 30309
Telephone: (404) 260-6102
Facsimile: (404) 393-9752

William D. Ellerman (TX Bar No. 24007151)
wellerman@CJSJLAW.com
**Cherry Johnson Siegmund James PLLC**
8140 Walnut Hill Lane
Suite 105
Dallas, TX 75231
Telephone: 254-732-2242
Facsimile: 866-627-3509

Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@cjsjlaw.com
**Cherry Johnson Siegmund James PLLC**
7901 Fish Pond Rd., 2nd Floor
Waco, Texas 76710
Telephone: 254-732-2242
Facsimile: 866-627-3509

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 16, 2026, the foregoing document has been served on all counsel of record via the Court's CM/ECF system.

*/s/ S. Wallace Dunwoody*
S. Wallace Dunwoody