IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | § | |
| Plaintiffs, | § | |
| V. | § | No. 3:25-cv-2885-L-BN |
| SOUTHWEST AIRLINES CO., | § | |
| Defendant. | § | |

**SPECIAL MASTER'S SUMMARY STATEMENT OF HOURS AND COSTS**

I certify that, for the month of September 2026, I worked a total of 14.4 hours as court appointed Special Master on the above captioned matter. The charge to the parties for services rendered for this time period is $5,040.00. The charge for cost incurred during this time period is $0.00. The total charge for service rendered and costs, for this time period, is $5,040.00. I have submitted my detailed billing records to the Court for in camera inspection and approval.

Respectfully submitted,

By: /s/ Daniel Denton
Texas Bar No. 24075843
Johnston IP Law, PLLC
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
Telephone: (972) 997-5309
COURT APPOINTED SPECIAL MASTER

**CERTIFICATE OF SERVICE**

On October 2, 2026, I electronically submitted the foregoing document with the clerk of court for the United States District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served the foregoing document on all counsel of record via the electronic case filing notification system.

/s/ Daniel Denton
Daniel Denton

**COURT APPROVAL OF SUMMARY STATEMENT**

The above Summary Statement is approved for disbursement.

Signed on _______________

_________________________________
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE