IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. **3:25-CV-2885-L-BN** |
| | § | |
| **SOUTHWEST AIRLINES CO.,** | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the court is the Special Master's Summary Statement of Hours and Costs (Doc. 186) in which Daniel Denton certifies that he spent a total of 14.4 hours as court-appointed Special Master in this case and incurred fees and/or costs totaling $5,040 for the prior month of September 2026. For the reasons that follow, the court **approves** the fees requested by the Special Master.

On June 22, 2026, the magistrate judge issued his proposed Findings, Conclusions, and Recommendations (Doc. 143). After expiration of the fourteen-day deadline for filing objections to the Report, to which no party objected, the undersigned entered an order (Doc. 148) on July 13, 2026, accepting the Report and appointing Mr. Denton as Special Master in this case. In accordance with the court's order (Doc. 148) and the magistrate judge's Report (Doc. 143), Mr. Denton filed his certified Summary Statement of Hours and Costs on the first business day of October (October 2, 2026) and submitted to the court, for in camera inspection and approval, detailed records in an Itemized Statement supporting the amount of fees incurred and sought by him for the prior month.

The court has reviewed the Itemized Statement and determines that the fees incurred by Mr. Denton are "regular and reasonable." *See* Doc. 143 at 6. Accordingly, the court **approves** the

fees and expenses incurred by Mr. Denton in September 2026 as Special Master in this case. Pursuant to this court's order (Doc. 148) and the magistrate judge's Report (Doc. 143), the parties shall pay Mr. Denton **$5,040** within **14 calendar days** from the date this order is entered and shall remit their respective payments* directly to Mr. Denton at Johnston IP Law, PLLC, 6060 N. Central Expressway, Suite 500, Dallas, Texas 75206.

**It is so ordered** this 2nd day of October, 2026.

Sam A. Lindsay
United States District Judge

* As required by the court's order (Doc. 148) and the magistrate judge's Report (Doc. 143), Plaintiffs shall bear fifty percent (50%) of the approved charges, and Defendant shall bear fifty percent (50%) of the approved charges.