**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>*Defendant.* | **Civil Action No. 3:25-CV-02885-L-BN (consolidated with 3:25-cv-03097-L)**<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO SEVER AND ADMINISTRATIVELY CLOSE CLAIMS AND DEFENSES RELATING TO UNITED STATES PATENT NO. 7,721,282**

WHEREAS, Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs") and Defendant Southwest Airlines Co. ("Defendant") (collectively, the "Parties") jointly move the Court to sever the claims and defenses relating to United States Patent No. 7,721,282 ("the '282 Patent") into a separate action and to administratively close that severed action pending final resolution of any appeal in *Intellectual Ventures I LLC v. American Airlines, Inc.*, No. 4:24-cv-980 (E.D. Tex.) (the "American Airlines Case") to the United States Court of Appeals for the Federal Circuit of the claim construction ruling described below. In support, the Parties state as follows:

1. The Parties have jointly agreed to sever and administratively close claims and defenses relating to the '282 Patent;

2. The asserted '282 claims were held invalid as indefinite in the American Airlines Case;

3. Plaintiffs intend to appeal this holding to the Federal Circuit;

4. The Parties respectfully request that the Court sever and administratively close claims and defenses relating to the ’282 Patent pending the appeal. That saves the parties and the Court from litigating claims that may not survive, and the remaining patents stay on the current schedule;

5. Severance and administrative closure will conserve the resources of the Parties and the Court. Absent this relief, the Parties would litigate claim construction, expert discovery, and dispositive motions on claims that an appellate ruling may eliminate in their entirety. Severing the ’282 Patent claims also permits the remaining asserted patents to proceed on the current schedule without delay. This Court has previously exercised its discretion under Federal Rule of Civil Procedure 21 to sever and stay a subset of the asserted patent claims in this action where doing so advanced efficiency and judicial economy; and

6. No party will be prejudiced by the requested relief. The Parties agree that the severed action shall be reopened on motion of any party within thirty (30) days after the Federal Circuit issues its mandate in the appeal described in Paragraph 3, or upon a showing of other good cause.

WHEREFORE, the Parties respectfully request that the Court sever the claims and defenses relating to the ’282 Patent into a separate civil action and administratively close that severed action pending final resolution of the appeal described in Paragraph 3.

Dated: November 17, 2026

By: */s/ S. Wallace Dunwoody*
S. Wallace Dunwoody
State Bar No. 24040838
wdunwoody@munckwilson.com
Michael C. Wilson
State Bar No. 21704590
mwilson@munckwilson.com
Lucas R. Dombroski
Texas Bar No. 24142846
ldombroski@munckwilson.com
**Munck Wilson Mandala, LLP**
2000 McKinney Avenue, Suite 1900
Dallas, TX 75201
(972) 628-3636; (972) 628-3600
(972) 628-3616 fax

David G. Henry
Texas Bar. No. 09479355
dhenry@munckwilson.com
**Munck Wilson Mandala, LLP**
510 Austin Avenue, Suite 3100
Waco, Texas 76701
(254) 362-2300
(254) 362-2304 fax

Tri T. Truong
Texas State Bar No. 24102969
ttruong@munckwilson.com
**Munck Wilson Mandala, LLP**
807 Las Cimas Parkway, Suite 300
Austin, Texas 78756
737-201-1600
737-201-1601 fax

***Attorneys for Defendant***
***SOUTHWEST AIRLINES CO.***

RESPECTFULLY SUBMITTED,

By: */s/ Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted *pro hac vice*)
jwaldrop@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted *pro hac vice*)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted *pro hac vice*)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted *pro hac vice*)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted *pro hac vice*)
tnguyen@kasowitz.com
**KASOWITZ LLP**
101 California Street, Suite 3950
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 358-4408

Jeceaca An (NY Bar No. 5849898)
(Admitted *pro hac vice*)
jan@kasowitz.com
**KASOWITZ LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Paul G. Williams (GA Bar No. 764925)
(Admitted *pro hac vice*)
pwilliams@kasowitz.com
**KASOWITZ LLP**
1230 Peachtree Street, N.E., Suite 3750
Atlanta, Georgia 30309
Telephone: (404) 260-6102
Facsimile: (404) 393-9752

William D. Ellerman
(TX Bar No. 24007151)
wellerman@CJSJLAW.com
**CHERRY JOHNSON SIEGMUND JAMES PLLC**

8140 Walnut Hill Lane, Suite 105
Dallas, TX 75231
Telephone: 254-732-2242
Facsimile: 866-627-3509

Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES PLLC**
7901 Fish Pond Rd., 2nd Floor
Waco, Texas 76710
Telephone: 254-732-2242
Facsimile: 866-627-3509

***Attorneys for Plaintiffs***
***INTELLECTUAL VENTURES I LLC***
***INTELLECTUAL VENTURES II LLC***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was served or delivered electronically to all counsel of record, November 17, 2026, via the Court's CM/ECF system.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop