**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

INTELLECTUAL VENTURES I LLC and
INTELLECTUAL VENTURES II LLC,

*Plaintiffs,*

v.

SOUTHWEST AIRLINES CO.,

*Defendant.*

**Civil Action No. 3:25-CV-02885-L-BN**
**(consolidated with 3:25-cv-03097-L)**

**JURY TRIAL DEMANDED**

**ORDER GRANTING JOINT MOTION TO SEVER AND ADMINISTRATIVELY CLOSE CLAIMS AND DEFENSES RELATING TO UNITED STATES PATENT NO. 7,721,282**

Before the Court is Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC and Defendant Southwest Airlines Co.’s Joint Motion to Sever and Administratively Close Claims and Defenses Relating to United States Patent No. 7,721,282 (the “Motion”).

The Court has considered the Motion and finds that it should be and is hereby GRANTED.

SIGNED this __ day of November, 2026

____________________________________

DAVID L. HORAN
UNITED STATES DISTRICT JUDGE